UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against-

C.R.,

              Defendants.

------------------------------------------------------------x

MEMORANDUM AND ORDER

09-CR-155

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 1 2010 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

The court has received a letter dated March 26, 2010 from Suzanne Alenick, Esq. respecting a nonparty ("X"). The letter is ordered sealed.

The defendant, his father, counsel for defendant, counsel for X, the Assistant United States Attorney in charge of the prosecution, and the Attorney-in-Charge of the Brooklyn office of the Federal Defenders, or his representative, shall appear on April 7, 2010 at 10:30 a.m. to show cause why, if defendant cannot himself pay for his counsel, the Federal Defenders shall not be appointed as associate counsel to represent defendant.

                              SO ORDERED.

                              Jack B. Weinstein
                              Senior United States District Judge

Dated: April 1, 2010
Brooklyn, New York