FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 7 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against-

C.R.,

              **Defendants.**
-----------------------------------------------------------x

MEMORANDUM
AND ORDER

09-CR-155

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has received a letter dated July 1, 2010 from Suzanne Alenick, Esq. respecting a member of defendant's family ("X"). The letter, which has been provided to counsel for the parties, is ordered sealed.

A hearing on the issues raised in the letter will be held on July 12, 2010 at 11:00 a.m. The defendant, his father, counsel for the defendant, and counsel for X shall be present.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: July 7, 2010
Brooklyn, New York

