FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 08 2010 ★
BROOKLYN OFFICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against-

C.R.,

              **Defendants.**

-----------------------------------------------------------x

MEMORANDUM AND ORDER

09-CR-155

JACK B. WEINSTEIN, Senior United States District Judge:

By prior order dated July 7, 2010, a hearing was scheduled for July 12, 2010 at 11:00 a.m. respecting issues raised by Suzanne Alenick, Esq., counsel for a member of the defendant's family. *See* Docket Nos. 59 and 60.

By letter of July 8, 2010, defendant's counsel objects to the holding of such hearing. The motion, which is ordered sealed, is granted. A hearing on the issues raised in Ms. Alenick's letter is not required in this court at this time in view of the state court's jurisdiction over the issue.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: July 8, 2010
Brooklyn, New York