[FV:05/09]

# Curriculum Vita

## Robert Alan Prentky

**Address**:    School of Psychology, T-WH1-01
      Fairleigh Dickinson University
      Teaneck, New Jersey  07666

**Residence**:  4 Stephen Drive
      Princeton, N. J.  08540

**Contact**:    Office:   (201) 692-2649 / (781) 718-9354 (cell)
      Fax:     (201) 692-2304
      E-mail:   rprentky@comcast.net / rprentky@fdu.edu
      Website: *www.forensicexaminers.com*

## Current Positions

**Associate Professor**             **Partner, F & P Associates**
**Fairleigh Dickinson University**     **Forensic Consulting**
**Director, MA Program in Forensic Psychology**
**Teaneck (Metro Campus), NJ - WH**

## Education / Honors

**Northwestern University, Evanston, Illinois, Psychology, Ph.D.**
    September, l972 - June, l975
    Preliminary Doctoral Examination Letter of Distinction

**San Jose State University, Psychology, B.A., Dean's Scholar**
    September, l965 - June, l969
    Academic Awards: Fall, l966; Spring, l966; Spring, l967

### National Institute of Mental Health Postdoctoral Fellowships

**University of Rochester Medical Center**
    June, l978 - August, l980

**University of York, Heslington, York, England**
    September, l977 - June, l978

**University of Massachusetts, Amherst, Mass.**
    September, l975 - August, l977

## Principal Areas of Interest

### Research

1. Assessing risk of harm to others in pre-adult sexual offenders
2. Acute and stable dynamic risk predictors for subgroups of young sexual offenders
3. Modeling proximal externalizing outcomes of early adverse life events
4. Early developmental antecedents of coercive sexual behavior
5. Attachment deficits, emotional detachment & violence

### Teaching

1. Abnormal Psychology
2. Child Development and Aggression
3. Public health models & statutory management of dangerous behavior
4. Psychology of Criminal Behavior
5. Forensic Psychology
6. Forensic Practice – Assessment & Prediction; Sexual Violence; Evidence
6. Research Design and Methodology

## Professional Affiliations

American Psychological Association
American Psychology Law Society (Division 41, A.P.A.)
American Professional Society on the Abuse of Children
Association for Psychological Science
Association for Treatment of Sexual Abusers
International Academy of Sex Research
New York Academy of Sciences
Society for Research in Psychopathology

## Work History

**Department of Psychology, Fairleigh Dickenson University, Teaneck, N.J.**  [8/07 - ]
**Associate Professor & Director, MA Program in Forensic Psychology**

**Justice Resource Institute**  Boston, MA  [July, 1997 – September, 2007]
*Director of Assessment & Director of Research*

**Joseph J. Peters Institute**  Philadelphia, PA  [September, 1993 - June, 1997]
*Director of Clinical & Forensic Services; Director of Research*

**Massachusetts Treatment Center** Bridgewater, MA [September, 1980 - July, 1993]
*Chief Clinical Psychologist; Director of Research*

**Boston University School of Medicine**  [12/1981 - 6/1993]
**Department of Psychiatry**

## Clinical Licensure / Designations

- New Jersey License #35S100458500
- Commonwealth of Massachusetts License #4338
- Commonwealth of Pennsylvania License #PS 007093L
- Elected Fellow, American Psychological Association, 2003
- Elected Fellow, Association for Psychological Science, 2006
- National Register of Health Service Providers in Psychology #41936
  [Member 1992-1997]

## Clinical Experience

University of York – Clifton Hospital, Yorkshire, England    [9/1977 – 6 /1978]

University of Rochester Medical Center – Dept. of Psychiatry   [9/1978 – 6/1979]

Rochester Mental Health Center, Rochester General Hospital   [6/1979 – 7/1980]
      Clinical Internship

Massachusetts Treatment Center      [September, 1980 – July, 1993]
      Chief Clinical Psychologist

Joseph J. Peters Institute, Philadelphia, PA      [Sept., 1993 – June, 1997]
      Director of Clinical Services

## Teaching Experience
### (selected)

School of Psychology, Fairleigh Dickenson University, Teaneck. N.J.
Director, MA Program in Forensic Psychology   [August 15, 2007 – present]

Boston University School of Medicine  [12/1981 - 6/1993]
Department of Psychiatry

Northeastern University, Graduate School of Criminal Justice
[Interpersonal Violence, Forensic Psychology,
Biology and Crime, Psychology of Crime]

University of Massachusetts, Dartmouth
Experimental Design

University of Massachusetts, Amherst
Biological Aspects of Personality

Brandeis University
Abnormal Psychology

## General Forensic Experience

- **Chair, Restrictive Integration Review Board, Massachusetts Treatment Center [drafted 200+ forensic reports / year, rendering opinions on dangerousness, represented the Attorney General's Office in Court on SDP petitions 100+ x]**
- **Founder & Partner, New England Forensic Associates, 1985-1990**
- **Director of Forensic Services, Joseph J. Peters Institute, 1993-1997**
- **Partner, F & P Associates, Forensic Consulting Practice, 1999 - present**

### Forensic Examiner

- **Evaluated, or supervised the evaluation, of 1,500+ adult & adolescent sexual offenders over the past 20 years; 50+ female sexual offenders, 100+ impaired professionals / clergy;**

- **General areas of criminal competency & responsibility, civil competency, NGRI/ GBMI, diminished capacity, risk assessment, tort/3rd party liability, internet crime / cyberpornography; custody & child protection matters, amenability for treatment, and program evaluation;**

- **Retained by defense and prosecution in roughly equal number of cases;**

- **Expert testimony in 200+ cases;**

- **Selected courts:**
    **Bucks County Court House, Norristown, PA**
    **Cleveland Court House, Norman, OK**
    **Common Pleas, Berks County, PA**
    **Common Pleas, Philadelphia, PA**
    **Court of Common Pleas, York, PA**
    **Decatur County District Court, Leon, Iowa**
    **District Court of Central Middlesex [Concord, MA]**
    **Emmett County District Court, Estherville, Iowa**
    **Family Court, Wilmington, DE**
    **Hampshire County Superior Court, Northampton, MA**
    **Henry V. Cumoletti Memorial Courthouse, Fort Drum, NY**
    **Iowa District Court, Scott County, Davenport, Iowa**
    **Jackson County Courthouse, Kansas City, MO**
    **Middlesex Superior, Cambridge, MA**
    **Montgomery County Court House, PA**
    **Norfolk Superior, Dedham, MA**
    **Snohomish County Courthouse, Everett, WA**
    **Stoddard County Justice Center, Bloomfield, MO**
    **Suffolk Superior, Boston, MA**
    **Superior Court of New Jersey, Ocean Vicinage**
    **U.S. Court of Appeals, Ninth Circuit (WA)**
    **U.S. District Court, Eastern District (PA)**
    **Ventura County Superior Court, Ventura, CA**

## Papers & Presentations

### (Selected)

Watt, N. F., Prentky, R. A., Lewine, J. R., & Fryer, J. H.  (October, 1976).  <u>Prediction of outcome from childhood behavior and clinical picture at first hospital admission</u>. Paper presented at the meeting of the Society for Life History Research in Psychopathology, Fort Worth, Texas.

Prentky, R. A., Watt, N. F., Lewine, J. R., & Fryer, J. H.  (August, 1977).  <u>Postdiction of adult psychiatric outcome</u>.  Paper presented at the Annual meeting  of the American Psychological Association, San Francisco, California.

Prentky, R. A., Watt, N. F., & Fryer, J. H.  (April, 1978).   <u>Social competence and the activity-withdrawal dimension in psychiatric symptoms</u>. Paper presented at the Annual meeting of the British Psychological  Society, York, England.

Prentky, R. A., Salzman, L. F., & Klein, R. H.  (March, 1980).   <u>Habituation and Conditioning of skin conductance responses in children at risk</u>.  Paper presented at the High Risk Consortium Plenary Conference, San Juan, Puerto Rico.

Prentky, R.A., Knight, R., Schneider, B., Rosenberg, R., Celenza- Cicchetti, A., & Fernandez-Boyle, S.  <u>Longitudinal retrospective postdiction of sexual aggression</u>.  Paper presented at the meeting of the Life History Society for Research in Psychopathology, Monterey, CA, Nov., l98l.

Prentky, R.A., Cohen, M.L., Seghorn, T.K., Garofalo, R., & Boucher, R.  <u>Assessing subtypes of sexually dangerous persons</u>:  <u>A decision tree</u>. Paper presented at the Fifth World Congress of Sexology, Jerusalem, Israel, June, l98l.

Prentky, R.A. (Chair)  Symposium:  <u>Assessment of subtypes of rapists and pedophiles</u>:  <u>Implications for treatment</u>.  Annual meeting of the American Psychological Association, Los Angeles, California, August 24-28, l98l.

Prentky, R.A.  <u>Neurochemical prototypes for sexual aggression</u>: <u>Psychopathic & episodic offenders</u>.  Paper presented at the NATO Symposium on Biosocial Bases of Antisocial Behavior, Skiathos, Greece, September, l982.

Prentky, R.A. & Cohen, M.L.   <u>A discriminant function test of the utility of a clinical taxonomy for pedophilia</u>.  Paper presented at the Second National Conference on Sexual Victimization of Children, Children's Hospital, National Medical Center, Washington, D.C., May, l982.

Prentky, R.A.  <u>Impulsivity in the lifestyle and criminal history of sex offenders</u>.  Paper presented at First International Conference of the Southern California Neuropsychiatric Institute on Management of Impulse Control Disorders, Las Brisas, Acapulco, Nov. l6-20, l983.

Seghorn, T.K. & Prentky, R.A.  A treatment program for dangerous sex
offenders.  Paper presented at the State Mental Health Forensic
Directors, Fourth Annual Conference, New Orleans, Louisiana,
September 2I-23, I983.

Prentky, R.A. & Seghorn, T.K.  Sexually dangerous persons: Taxonomy,
program, change, release, outcome.  Paper presented at the State
Mental Health Forensic Directors, Fourth Annual Conference, New
Orleans, Louisiana, September 2I-23, I983.

Prentky, R.A., Knight, R., Schneider, B., & Rosenberg, R.
Antecedent factors in the classification of sexually aggressive
offenders.  Paper presented at the Sixth World Congress of Sexology,
Washington, D.C., May 22-27, I983.

Cerce, D., Day, S.R., Salamon, M.A., Prentky, R.A., & Knight, R.A.  The
correlative relationship between family instability in childhood and
sexually aggressive behavior in adulthood.  Paper presented at the
Second National Family Violence Research Conference, University of
New Hampshire, Durham, New Hampshire, August 7-I0, 1984.

Boucher, R.J., Seghorn, T.K., & Prentky, R.A.  Childhood physical
and sexual abuse in the lives of sexually aggressive offenders.  Paper
presented at the Second National Family Violence Research Conference,
University of New Hampshire,   Durham, New Hampshire, August 7-I0, I984.

Seghorn, T.K., Cohen, M.L., & Prentky, R.A.  Development of a rational taxonomy
for the classification of child molesters.  Paper presented at the Third
National Conference on Sexual   Victimization of Children, Wash., D.C., April
26-28, 1984.

Prentky, R.A.  Paths leading to criminal outcome among child molesters.  Presented
at the Seventh National Conference on Child Abuse and Neglect, Chicago,
III., November I0-I3, 1985.

Burgess, A.W. & Prentky, R.A.  Victim responses in sexually dangerous situations.
Presented at the First Annual Nursing Conference on Violence Against
Women, Amherst, Massachusetts, November I-3, I985.

Prentky, R.A.  Random musings on the follow-up of classified sex offenders.
Annual Conference of N.I.J. Principal Investigators in the Area of
Classification/Prediction.  California Youth Authority, Sacramento, California,
February 7-8, I985.

Invited Witness, Attorney General's Commission on Pornography, Department of
Justice, Washington, D.C., June 20, I985.

Prentky, R.A.  Presumptive evidence for taxonomic factors critical to the
classification of child molesters.  Wingspread  Conference on Preventing
Child Sexual Abuse. Racine, Wisconsin, Jan. 2I-23, I985.

Prentky, R.A.  Classifying sex offenders.  Invited talk, International Association of Law and Mental Health, Montreal, Quebec, June l7-20, l986.

Prentky, R.A.  New approaches to capturing the real world of child molesters. Invited contribution to New Approaches to Offender Treatment, Fourth National Conference on the Sexual Victimization of Children, New Orleans, LA, May 15-17, 1986.

Prentky, R.A. (Chair) Symposium:  A taxonomic system for the classification of child molesters.  Fourth National Conference on Sexual Victimization of Children, New Orleans, LA, May l5-l7, l986.

Prentky, R.A.  A twenty-five year follow-up of sex offenders discharged from the Massachusetts Treatment Center.  Second Annual NIJ Classification/ Methodology Conference, Denver, Colorado, April 17-18, 1986.

Prentky, R.A., & Knight, R.A.  Developmental paths leading to criminal outcome among subtypes of child molesters. Society  for Life History Research Conference, Palm Springs, CA.,  March 9-12, 1986.

Knight, R.A., & Prentky, R.A.  Development and validation of a  taxonomy for child molesters.  Invited contribution to an N.I.M.H. meeting on The Assessment and Treatment of Sex Offenders, Florida Institute of Mental Health, Tampa, Fl., February 11-14, 1986.

Prentky, R.A., Knight, R. & Rosenberg, R.  Validation analyses on the MTC taxonomy for rapists: Disconfirmation and reconceptualization.  The New York Academy of Sciences Conference on Human Sexual Aggression: Current  Perspectives.  New York City, January 7-9, 1987.

Prentky, R.A. and Carter, D.L.  Invited presentations on The etiology of child molestation and Anti-androgen therapy & other modalities used to treat child molesters. Tenth Annual Child Abuse Workshop, Wright State University, Dayton, Ohio, June, 26-27, 1987.

Rosenberg, R. and Prentky, R.A.  Developmental factors in sexual  dangerousness. Third Annual NIJ Classification/Methodology  Conference, Tallahassee, Florida, March 3-5, 1987.

Prentky, R.A.  Invited lectures on The Impact of Trial and Incarceration on Victims and Offenders.  Multidisciplinary Seminars in Child Sexual Abuse, Middlesex County District  Attorneys Office, September 29, October 13 & 27, 1988.

Prentky, R.A.  Invited contribution to a seminar on Sexual Homicides, Space Coast Institute for Medical & Legal Education, Orlando, Florida, November 5-6, l988.

Prentky, R.A.  Offender treatment and outcome & Classification and diagnostic issues for child molesters. Invited presentations at Midwest Conference on Child Sexual Abuse & Incest, University of Wisconsin - Madison, September 27-28, 1988.

Prentky, R.A.  Swinging with the pendulum: Incapacitation vs.  rehabilitation. Invited contribution to Rehabilitating  Sex Offenders: Can we do it? National Symposium on Child Victimization, Anaheim, CA, April 27-30, 1988.

Carter, D., Knight, R. & Prentky, R.  The application of a classification model for child molesters.  National Symposium on Child Victimization, Anaheim, California, April 27-30, 1988.

Cerce, D., Rokous, F., Diamond, D., & Prentky, R.  Predicting criminal outcome from early developmental history.  National Symposium on Child Victimization, Anaheim, CA, April 27-30, 1988.

Straus, H., Knight, R. & Prentky, R.  Childhood differences between homosexual, heterosexual & bisexual child molesters.  National Symposium on Child Victimization, Anaheim, CA, April, 27-30, 1988.

Prentky, R.A.  Putative biological factors associated with fantasy as a drive mechanism for serial sexual homicide.  Symposium on Human Sexual Aggression:  Biological Clues.  American Association for the Advancement of Science, San Francisco, January 15-20, l989.

Prentky, R.A.  Classification of rapists.  Fourth Annual National Institute of Justice Classification/Methodology Program Conference, Cambridge, MA, April 13-14, 1989.

Prentky, R.A.  Developmental factors associated with sexual dangerousness. Annual National Institute of Justice Violent Criminal Behavior Conference, Palm Springs, CA, April 1-2, 1989.

Prentky, R.A.  Invited contribution to Fourth National Adolescent Perpetrator Network Meeting on Developmental antecedents of sexual dangerousness, Keystone, Colorado, May 27, 1989.

Prentky, R.A.  The cost effectiveness of treating child molesters.  Association for the Treatment of Sexual Abusers, Seattle, Washington, October, 6-8, l989.

Prentky, R.A.  Development of a risk assessment scale for child molesters. Association for the Treatment of Sexual Abusers, Seattle, Washington, October, 6-8, l989.

Prentky, R.A., & Knight, R.A.  Validating a taxonomic construct for rapists using survival analysis.  Society for Research in Psychopathology, Coral Gables, Florida, November 9-12, 1989.

Prentky, R.A., & Lee, A.  Assessing risk of re-offense for child molesters. Academy of Criminal Justice Sciences, Denver, Colorado, 3/13-17, l990.

Prentky, R.A., & Lee, A.  Validating the construct of lifestyle impulsivity as a measure of re-offense risk for rapists.  Academy of Criminal Justice Sciences, Denver, Colorado, March 13-17, 1990.

Prentky, R.A., Knight, R.A., & Quinsey, V.L.  Sexual violence. Paper commissioned by the Panel on the Understanding and Control of Violent Behavior, National Research Council, National Academy of Sciences; presented in symposium, Destin, Florida, April 1-4, 1990.

Prentky, R.A.  Classification of rapists: Implementation & Validation.  Annual National Institute of Justice Classification/Methodology Program Conference, Tempe, Arizona, April, 19-20, l990.

Prentky, R.A.  Childhood roots of sexual and nonsexual aggression.  National Symposium on Child Victimization, Atlanta, Georgia, April 25-28, l990.

Prentky, R.A.  Validating a classification system for child molesters.  National Symposium on Child Victimization, Atlanta, Georgia, April 25-28, l990.

Prentky, R.A.  Classification of rapists: Implementation & Validation.  Annual National Institute of Justice Violence Prevention and Control Program Conference, Bloomington, Indiana, May 24-26, 1990.

Prentky, R.A., & Knight, R.A.  Robust constructs in the taxonomic analysis of rape.  Paper presented in symposium  entitled "Towards a unified theory of sexual aggression".  American Psychological Association, Boston, MA, August 10-14, 1990.

Prentky, R.A.  Sexual violence: An overview of research.  Invited presentation to The Association for the Behavioral Treatment of Sexual Abusers.  Toronto, Canada, October 4-6, 1990.

Prentky, R. A., & Knight, R. A.  Adolescent sexual aggression in a large sample of adult sexual offenders.  Paper presented at the Mini-Convention on Violence and Youth, Annual Meeting of the American Psychological Association, San Francisco, August 17, 1991.

Prentky, R. A., & Knight, R.A.  Unscrambling the classification of juvenile sexual offenders.  Invited presentation to the Association for Treatment of Sexual Abusers, Fort Worth, Texas, Nov. 6-9, 1991.

Prentky, R. A., & Knight, R.A.  Age of Onset of Sexual Aggression: Life History and Typological Correlates.  Invited presentation at the Kent Psychology Forum on Sexual aggression against adults: Issues in etiology and assessment, treatment and policy, Kent, Ohio, April 7-10, 1992.

Prentky, R. A.  Invited participation at the National Symposium on Child Victimization. Washington, D.C., May 19-22, 1992.

Prentky, R. A., & Knight, R. A.  Development and validation of an inventory for the multidimensional assessment of sex and aggression.  Invited talk at The Association for the Treatment of Sexual Abusers, 11th Annual Research & Treatment Conference, Portland, Oregon, October 7-10, 1992.

Knight, R. A., & Prentky, R. A.  <u>Classification of rape: The dimensions and types</u>. Presentation at The Association for the Treatment of Sexual Abusers, 11th Annual Research & Treatment Conference, Portland, OR, October 7-10, 1992.

Prentky, R. A., & Knight, R. A.  <u>Development and validity of an  inventory for the Multidimensional Assessment of Sex and   Aggression.</u>  Paper presented at the Annual Meeting of the   American Psychological Association, Toronto, Ontario, Canada, August, 21-23, 1993.

Prentky, R. A.  <u>Research skills for novice clinicians</u>.  An invited workshop presented at The Association for the Treatment of Sexual Abusers, 12th Annual Research & Treatment Conference, Boston, MA, November 10 - 13, 1993.

Prentky, R. A.  <u>Developmental antecedents of sexual sadism</u>.  An invited presentation at The Association for the Treatment of Sexual Abusers, 12th Annual Research & Treatment Conference, Boston, MA, 11/10 - 13, 1993.

Prentky, R. A.  <u>Dimensional and etiological factors in sexual violence</u>.  Invited Colloquium, Psychology Department, Fordham University, Bronx, N.Y., February 9, 1994.

Prentky, R. A., Lee, A., & Knight, R. A.  <u>A twenty-four year follow-up of treated sex offenders:  Methodological issues in assessing recidivism rates</u>.  American Psychology-Law Society, Santa Fe, New Mexico, March 10-12, 1994.

Prentky, R. A.  <u>The M.T.C. child molester typology</u>.  Invited Beverly Workshop, The Clarke Institute of Psychiatry, Toronto, Ontario, March 21, 1994.

Prentky, R. A.  <u>A taxonomy for child molesters and the assessment of risk</u>.  Invited Presentation at the Conference on the Assessment and Management of Risk in the Sex Offender.  The Clarke Institute of Psychiatry, Toronto, Ontario, March 25, 1994.

Prentky, R. A.  <u>Developmental precursors to sexual violence</u>.  Grand Rounds, Department of Psychiatry, University of Medicine & Dentistry of New Jersey, Cherry Hill, New Jersey, April 6, 1994.

Prentky, R. A.  <u>Assessment of sexual aggression</u>.  Invited Workshops for the Wisconsin Sex Offender Treatment Network, Madison, Wisconsin, April 22-23, 1994.

Prentky, R. A., & Knight, R. A.  <u>Development of an Inventory for the Multidimensional Assessment of Sex and Aggression</u>.  Paper presented at the Annual Meeting of the American Psychiatric Association, Philadelphia, May 25, 1994.

Prentky, R. A.  <u>Early developmental precursors of sexual violence</u>. Grand Rounds, Department of Psychiatry, Albert Einstein Medical Center & Temple University School of Medicine, Philadelphia, September 9, 1994.

Prentky, R. A., Lee, A. F. S., & Knight, R. A.  <u>A 24-year follow-up of (variably) treated sex offenders: Methodological issues in determining recidivism rates</u>.  Paper presented at the annual meeting of the Association for the Treatment of Sexual Abusers, San Francisco, November 9-12, 1994.

Knight, R. A., & Prentky, R. A.  <u>The assessment of reoffense risk among rapists</u>. Paper presented at the annual meeting of the Association for the Treatment of Sexual Abusers, San Francisco, Nov. 9-12, 1994.

Barbaree, H. E., & Prentky, R. A.  <u>Psychometric and phallometric assessment of sex offenders</u>.  Invited Workshop at the annual meeting of the Association for the Treatment of Sexual Abusers, San Francisco, November 9-12, 1994.

Prentky, R. A.  Invited Testimony on Perpetrator Services, Workshop on Family Violence Interventions, Institute of Medicine, Washington, D.C. Feb. 27, 1995.

Prentky, R. A.  Annual National Center on Child Abuse & Neglect Research Grantees' Meeting, Washington, D.C., March 29-31, 1995.

Prentky, R. A.  Invited Presentation on Psychology of Perpetrators, Women's Law Project Conference on Sexual Abuse, Memory, and the Law, Philadelphia, PA, April 20, 1995.

Prentky, R. A.  Invited Presentation at workshop on Sex Offender  Treatment Programs, PA Commission on Crime and Delinquency,  Conference on Community Mobilization to Reduce Violent Crime, Harrisburg, PA, May 3, 1995.

Prentky, R. A., Knight, R. A., & Lee, A. F. S.  <u>Development and validation of a risk assessment scale for child molesters</u>.  American Professional Society on the Abuse of Children, Third National Colloquium, Tucson, Arizona, June 7-11, 1995.

Prentky, R. A., & Knight, R. A.  <u>Early life experiences of adult sex offenders: The role of caregiver instability</u>.  American Professional Society on the Abuse of Children, Third National Colloquium, Tucson, Arizona, June 7-11, 1995.

Prentky, R. A., Knight, R. A., & Lee, A. F. S.  <u>Development and  validation of a risk assessment instrument for child molesters</u>.  Annual Meeting of the American Psychological Association (American Psychology-Law Society), New York City, N.Y., August, 11-15, 1995.

Prentky, R. A., & Knight, R. A.  Invited Plenary Talk at the International Expert Conference on Sex Offenders: Issues,   Research and Treatment, Forensic Psychiatric Clinic, Utrecht, The Netherlands, September 14-15, 1995.

Prentky, R. A.  Invited Plenary Talk on <u>Assessment and treatment of rape in the United States</u>, 4th International Conference on Treatment of Sex Offenders, Free University, Amsterdam, The Netherlands, September, 18-20, 1995.

Prentky, R. A.  Invited Presentation on <u>Developmental antecedents of sex offending</u>, NOTA/ATSA Conference, Cambridge, England, 9/22, 1995.

Prentky, R. A., & Knight, R. A.  Presentation on <u>The role of attachment deficits and childhood abuse in sexually aggressive behavior</u>, 14th Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, New Orleans, October 11-14, 1995.

Prentky, R. A.  Invited Plenary talk on <u>Developmental antecedents of sexually abusive behavior</u>, 12th Annual Conference of the National Adolescent Perpetrator Network, Minneapolis, 3/31-4/2, 1996.

Prentky, R. A.  Invited Workshops on <u>Classification of Sex Offenders and Diagnosis & Treatment of Juvenile Sex Offenders</u>.  Department of Human Services, State of New Jersey, April 24, 1996.

Prentky, R. A., Frizzell, M., & Harris, B.  Workshop on Juvenile Sex Offender Risk Assessment. 15th Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, Chicago, Nov. 13-16, 1996.

Prentky, R. A.  Invited presentation on <u>Long-term follow-up of sex offender recidivism</u>. Third Annual Conference on the Treatment and Supervision of sex Offenders, Massachusetts Association for the Treatment of Sexual Abusers, Worcester, MA, November 5, 1997.

Prentky, R. A.  Invited workshop on <u>Juvenile Sex Offenders: Assessment, classification and treatment needs</u>.  Child Abuse Action Network, Topsham, Maine, November 6, 1997.

Prentky, R. A.  Invited Workshop on <u>Gathering and Analyzing Recidivism Data: A "How to" Workshop</u> at Program Evaluation and Family Violence Research: An International Conference, University of New Hampshire, Durham, N.H., July 26, 1998.

Prentky, R. A.  Invited presentation on <u>Assessing risk of dangerousness in sex offenders</u>.  Symposium of the American Academy of Forensic Psychology on Sex Offenders at the Annual meeting of the American Psychological Association, San Francisco, August, 1998.

Prentky, R. A.  Invited Presentation on <u>Psychopathy - Diagnostic Considerations</u> at Conference on Criminal Investigative Analysis for Mental Health Professionals, Forensic Evaluators & The Criminal Justice Community. Massachusetts State Police, Sturbridge, MA, August 26, 1998.

Prentky, R. A., Williams, S., & Schwartz, B.  <u>When we are our client's victims: Institutional risk for sexual assault</u>.   17th Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, Vancouver, October 14-17, 1998.

Foley, T. P., & Prentky, R. A.  <u>A multi-method approach to forensic risk assessment</u>. 17th Annual Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, Vancouver, October 14-17, 1998.

Williams, S., & Prentky, R. A.  <u>Assessment, treatment, and follow-up of female sex offenders</u>.  17th Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, Vancouver, October 14-17, 1998.

Prentky, R. A.  <u>Assessing risk of sexual dangerousness</u>.  Invited Training for Psychological Services, Inc., Brockton, MA, April, 9, 1999.

Prentky, R. A.  Invited Training on <u>Classification and Risk Assessment with Sexual Offenders</u>, University of Vienna, Vienna, Austria, April 14-20, 1999.

Schwartz, B., & Prentky, R. A.  <u>Utilizing risk assessment instruments:  A hands-on approach</u>. The First Joint Conference on Sex Offense-Specific Assessment, Treatment and Safe Management of Children, Adolescents and Adults, Marlborough, MA, April 21, 1999.

Prentky, R. A.  <u>Massachusetts Programs:  Massachusetts Treatment Center</u>.  15th Annual Public Sector Psychiatry Conference.  Care and Treatment of "Mentally III" Sexual Perpetrators.  Worcester, MA, April 30, 1999.

Prentky, R. A.  <u>The powerful effect of sexual coercion</u>.  6th International Family Violence Research Conference, Durham, New Hampshire, July 26, 1999.

Prentky, R. A., & Knight, R. A.  <u>The powerful effect of coercion in rape</u>.  18th Annual Research and Treatment Conference of The Association for the Treatment of Sexual Abusers, Orlando, Florida, September 23, 1999.

Prentky, R. A.  <u>The sexual predator</u>.  Invited Workshop for the American College of Forensic Examiners, New York City, Oct. 29-Nov. 1, 1999.

Prentky, R. A.  <u>The vicissitudes of rape law</u>.  Invited presentation at the American Psychology-Law Society, New Orleans, March 9-12, 2000.

Prentky, R. A.  <u>Juvenile Sex Offender Assessment Protocol</u>.  Invited presentation at Sinclair Seminars on Sex Offender Re-Offense Risk Prediction, Madison, WI, March 6-8, 2000.

Prentky, R. A.  <u>Developmental antecedents of sexual aggression</u>.   Invited Colloquium, Department of Psychiatry, University of Massachusetts Medical School, Worcester, Sept. 25, 2000.

Prentky, R. A.  <u>Forensic challenges of sexual predator legislation</u>.  Invited talk, American College of Forensic    Examiners, Las Vegas, October 25, 2000.

Prentky, R. A., & Knight, R. A.  <u>Psychopathy baserates among subtypes of sex offenders</u>.  Presentation at the Annual Meeting of the Association for the Treatment of Sexual Abusers, San Diego, November 2, 2000.

Prentky, R. A., & Schwartz, B. K.  <u>Forensic challenges of sexual predator legislation</u>.  Presentation at the Annual Meeting of the Association for the Treatment of Sexual Abusers, San Diego, November 3, 2000.

Prentky, R. A.  <u>Forensic challenges of sexual predator legislation</u>.  Invited Colloquium, Medfield State Hospital, Medfield, MA, November 14, 2000.

Prentky, R. A.  <u>Forensic challenges of sexual predator legislation</u>.  Invited Colloquium, Massachusetts Mental Health Center, Boston, MA, November 29, 2000.

Prentky, R. A.  <u>Assessing Risk with Juvenile Sex Offenders</u>. Training for New England Adolescent Research Institute, Holyoke, MA, December 1, 2000.

Prentky, R. A.  <u>Developmental Antecedents of Sexual Coercion</u>.   Invited Colloquium, Massachusetts Mental Health Center, Boston, MA, 1/10, 2001.

Prentky, R. A.  Invited Presentations on <u>Juvenile Risk Assesment</u> and <u>Sexual Predator Legislation</u> at the Third Annual Joint Conference on Sex Offense-Specific Assessment, Treatment and Safe Management of Children, Adolescents, and Adults. Marlborough, MA, April, 11-12, 2001.

Prentky, R. A.  Invited Presentation on <u>Assessing Risk in Sexually Abusive Youth</u> at the meeting of the National Adolescent Perpetrator Network, Kansas City, Missouri, May, 5-7, 2001.

Schwartz, B. K., & Prentky, R. A.  Invited Presentation on <u>Risk Assessment</u> for Committee for Public Counsel Services, Annual Training Conference, Worcester, MA, May 11, 2001.

Prentky, R. A.  Invited Presentation on <u>Risk Assessment</u>, Taunton State Hospital, Taunton, MA, May 25, 2001.

Prentky, R. A.  Invited Training on <u>Juvenile Risk Assessment</u>, Denver, Colorado, June 14-15, 2001.

Prentky, R. A.  Invited Plenary Address on <u>Risk Assessment with Juvenile Offenders</u>, Tulsa, Oklahoma, September 20, 2001.

Prentky, R. A.  Invited Training on <u>Classification of Sex Offenders</u>, Phoenix, Arizona, September 21, 2001.

Prentky, R. A., & Schwartz, B. K.  (7-10 November 2001).  <u>Integrating theory with clinical practice</u>.  Presentation at the 20th Annual Conference of the Association for Treatment of Sexual Abusers, San Antonio, Texas.

Prentky, R. A. (6-9 June 2002).  A 15-Year retrospective of Research on Sexual Coercion.  Presentation at the New York Academy of Sciences Conference on Understanding and Managing Sexually Coercive Individuals, Washington, D.C.

Prentky, R. A.  (29 July 2002). Understanding Risk in Juvenile Sex Offending Behavior.  Keynote Address at the 10th Annual Conference on Working with the Juvenile Sex Offender, San Antonio,Texas.

Prentky, R. A.  (28 August 2002).   (1) Issues of Sexual Offending & Re-offending in male & female children age 12 & older, (2) Issues in the Assessment, Classification, Treatment, and Reunification of Children Age 12 & Older.  Invited Presentations at the Sixth Annual Statewide Tennessee Sex Offender Treatment & Supervision Conference, Nashville, TN.

Prentky, R. A.  (11-14, September 2002).  Developments in Theoretical Models for Coercive Sexual Behavior.  Invited Talk at the 7th Conference of the International Association for the Treatment of Sexual Offenders, Vienna. Austria.

Prentky, R. A.  (11-14, September 2002).  Assessing risk with juvenile sexual Offenders  Invited Workshop at the 7th Conference of the International Association for the Treatment of Sexual Offenders, Vienna. Austria.

Prentky, R. A.  (3 October 2002).   Assessing risk of harm among children and adolescents: Methodological considerations.  Paper presented at the 21st Annual Research and Treatment Conference, A.T.S.A., Montreal, Quebec.

Righthand, S., Knight, R., & Prentky, R. A.  (3 October 2002).   A path analytic investigation of proximal antecedents of J-SOAP risk domains.  Paper presented at the 21st Annual Research and Treatment Conference, A.T.S.A., Montreal, Quebec.

Prentky, R. A.   (2 October 2003).   Invited Commentary on Holtzworth-Munroe's "Typologies of Maritally Violent Men."   Toward A National Research Agenda on Violence Against Women. Lexington, Kentucky.

Prentky, R. A.   (11-12 October 2003).   Invited Presentation on The Warping of Science in the SVP Courtroom.  Sex Offender Defense Association Conference II. St. Louis University School of Law.   St. Louis, MO.

Prentky, R. A.  (September, 2004).  Invited Plenary on Assessing risk of dangerousness among children and adolescents.  8th Congress of the International Association for Treatment of Sex Offenders.  Athens, Greece.

Prentky, R. A.  (September, 2004).  Invited Presentation on Risky behaviors in sexually-reactive children and adolescents.  8th Congress of the International Association for Treatment of Sex Offenders.  Athens, Greece.

Prentky, R. A.  (September, 2004).  Invited Presentation on <u>Thoughts about classifying female sex offenders</u>.  8th Congress of the International Association for Treatment of Sex Offenders.  Athens, Greece.

Prentky, R. A., Cavanaugh, D., & Pimental, A.  (September, 2005).  Poster on Post-Traumatic Stress Disorder in youth with sexually inappropriate behavior.  At Psychobiology of Post-Traumatic Stress Disorder. A decade of progress.  New York Academy of Sciences Conference, N.Y.C., N.Y.

Prentky, R. A., Janus, E., Barbaree, H., Schwartz, B., & Kafka, M.   (March, 2006).  The SVP Courtroom: Showcase for a mockery of clinical practice.  Paper presented at the American Psychology Law Society Annual Conference, St. Petersburg, Florida.

Prentky, R. A., Pimental, A., Cavanaugh, D., & Schwartz, B.  (March, 2006).  Assessing risk of dangerousness in sexually abusive children. Poster presented at the American Psychology Law Society Annual Conference, St. Petersburg, Florida.

Prentky, R. A.  (17-19 July 2006).   Invited Commentary on Juvenile Sex Offenders:  Prevention, Treatment, and Prosecution at The NIJ Conference 2006, Washington, D.C.

Prentky, R. A.  (31 August 2006).   Invited presentation on "Recidivism" for the Committee on Law and Justice of The National Academies, Seminar on Sex Offenders, Washington, D.C.

Prentky, R. A.   (September, 2006).  Invited Plenary on Sex Offender Management:  A Critical Appraisal of our Progress at the NOTA Conference, York, England.

Prentky, R. A., Righthand, S., Cavanaugh, D., & Pimental A.   (September, 2006).  Invited presentation on J-SOAP-II: An update on predictive validity with adolescent and pre-adolescent boys at the NOTA Conference, York, England.

Pittman, N., & Prentky, R. A.  (27-29 October 2006).   Inherent Limitations in Juvenile Sex Offender Risk Instruments. 10th Anniversary Juvenile Defender Leadership Summit, Washington D.C.

Pittman, N., & Prentky, R. A.  (27-29 October 2006).  Challenging the Involuntary Civil Commitment of Juvenile Sex Offenders. 10th Anniversary Juvenile Defender Leadership Summit, Washington D.C.

Prentky, R. A.  (17 November 2006).   Invited Panelist, Mentally ILL / Problematic Sexual Behavior Program Summit Conference, Forensic Division, Massachusetts Department of Mental Health, Worcester, MA.

Prentky, R. A.  (26-27 March 2007).   Invited Presentations on Risk Assessment with Juvenile Sex Offenders and A Follow-Up of 800 child welfare youth with sexually coercive behavior at the Children's Justice Conference, Seattle, WA.

Prentky, R. A.   (April 18, 2008).   Invited colloquium.  Department of Psychology, Rutgers University, Newark, NJ.

Prentky, R. A.   (May 12-13, 2008).  Invited presentations on Juvenile Assessment of Sex Offender Protocol – II Training and Treatment of Juvenile Sex Offenders. 13th Annual Conference of  the New York State Association for the Treatment of Sexual Abusers, Saratoga Springs, NY.

## Publications

Lewine, R. J., Watt, N. F., Prentky, R. A., & Fryer, J. H.  (1978).  Childhood behavior In schizophrenia, personality disorder, depression and neurosis.  British Journal of Psychiatry, I32, 347-357.

Prentky, R. A.   Creativity and psychopathology:  A neurocognitive perspective. In B.A. Maher (Ed.), Progress in Experimental Personality Research, Vol. 9. New York: Academic Press, 1979.

Prentky, R. A., Watt, N. F., & Fryer, J. H.  (1979).   Longitudinal social competence and adult psychiatric symptoms at first hospitalization. Schizophrenia Bulletin, 5, 306-312.

Watt, N. F., Fryer, J. H., Lewine, R. J., & Prentky, R. A.  (1979).  Toward longitudinal conceptions of psychiatric disorder.  In B. A. Maher (Ed.), Progress in Experimental Personality Research, Vol. 9.  New York: Academic Press.

Watt, N. F., Prentky, R. A., Lewine, R. J., & Fryer, J. H. (1980).  Prediction of outcome from childhood behavior and clinical picture at first hospital admission.  In S.B. Sells, R. Crandall, M. Roff, J.S. Strauss & W. Pollin (Eds.), Human functioning in longitudinal perspective: Studies of normal and psychopathic populations.  Baltimore: Williams & Wilkins.

Prentky, R. A., Lewine, R. J., Watt, N. F., & Fryer, J. H.  (1980).  Longitudinal study of psychiatric outcome:  Developmental variables vs. psychiatric outcome. Schizophrenia Bulletin, 6, 139-I48.

Lewine, R. J., Watt, N. F., Prentky, R. A., & Fryer, J. H.  (1980).  Childhood social competence in functionally disordered psychiatric patients and in normals. Journal of Abnormal Psychology, 6, I39-I48.

Prentky, R.A., Salzman, L.F., & Klein, R.H.  (1981).  Habituation and conditioning of skin conductance response in children at risk.  Schizophrenia Bulletin, 7, 28I-29I.

Knight, R.A., Prentky, R.A., Schneider, B., & Rosenberg, R.  (1983). Linear causal modeling of adaptation and criminal history in sexual offenses.  In K. Van Dusen and S. Mednick (Eds.), Prospective studies of crime and delinquency.  Hingham, MA: Kluwer-Nijhoff.

Prentky, R.A. & Carter, D.L.  The predictive value of the triad  for sex offenders. Behavioral Sciences and the Law, I984, 2, 34I-354.

Yu, P., Prentky, R. A., Fisher, L., Baldwin, A. L., Greenwald, D., Munson, S., & Baldwin, C. P.  (1984).  Child competence as assessed by clinicians, parents, teachers and peers.  In N. F. Watt, J. Anthony, L. C. Wynne & J. Rolf (Eds.), Children at risk for schizophrenia: A longitudinal perspective. N.Y.: Cambridge University Press.

Prentky, R. A.  The neurochemistry and neuroendocrinology of sexual aggression: Review and metatheory.  In D.P. Farrington and J. Gunn (Eds.), Aggression and dangerousness, Vol. 3.  Sussex, England:  John Wiley & Sons, Ltd., I985.

Prentky, R. A., Cohen, M. L., & Seghorn, T. K.  Development of a rational taxonomy for the classification of rapists: The Massachusetts Treatment Center System.  Bulletin of the American Academy of Psychiatry and the Law, I985, I3, 39-70.

Prentky, R.A., Burgess, A.W., & Carter, D.L.  (1986).  Victim responses by rapist type:  An empirical and clinical analysis.  Journal of Interpersonal Violence, 1, 73-98.

Prentky, R.A., & Knight, R.A.  (1986).  Impulsivity in the lifestyle and criminal behavior of sexual offenders.  Criminal Justice and Behavior, 13, 141-164.

Knight, R.A. and Prentky, R.A.  (1987).  The developmental antecedents and adult adaptations of rapist subtypes.  Criminal Justice and Behavior, 14, 403-426.

Carter, D. L., Prentky, R. A., Knight, R. A., Vanderveer, P., & Boucher,   R.J.  (1987). Use of pornography in the criminal and developmental histories of sexual offenders.  Journal of Interpersonal Violence, 2, 196-211.

Seghorn, T.K., Prentky, R.A., & Boucher, R.J.  (1987).  Childhood sexual abuse in the lives of sexually dangerous offenders.  Journal of the American Academy of Child and Adolescent Psychiatry, 2, 262-267.

Prentky, R.A., Knight, R.A. & Rosenberg, R.  (1988).  Validation  analyses on the MTC taxonomy for rapists: Disconfirmation and reconceptualization.  In R.A. Prentky and V. Quinsey (Eds.), Human sexual aggression:  Current perspectives.  N. Y.: Annals of the New York Academy of Sciences, V. 528.

Rosenberg, R., Knight, R.A., Prentky, R.A. & Lee, A.  (1988).   Validating the components of a taxonomic system for rapists: A path analytic approach. Bulletin of the American Academy of Psychiatry and the Law, 16, 169-185.

Carter, D. L., Prentky, R. A. & Burgess, A. W.  (1988).  Victim response strategies in sexual assault.  In A.W. Burgess (Ed.), Rape and sexual assault II (pp.105-132).  N.Y.: Garland Publishers.

Prentky, R. A., Burgess, A. W., Rokous, F., Lee, A., Hartman, C., Ressler, R. & Douglas, J.  Serial vs. solo sexual homicide:  The role of fantasy. (1989).  American Journal of Psychiatry, 146 (7), 887-891.

Prentky, R. A., Knight, R. A., Sims–Knight, J., Straus, H., Rokous, F., & Cerce, D. (1989).  Developmental antecedents of sexual aggression.  Development and Psychopathology, 1 (2), 153-169.

Prentky, R. A., Knight, R. A., Rosenberg, R., & Lee, A.  (1989).  A path analytic approach to the validation of a taxonomic system for classifying child molesters.  Journal of Quantitative Criminology, 5, 231-257.

Knight, R. A., Carter, D. L., & Prentky, R. A.  (1989).  A system for the classification of child molesters:  Reliability and  application.  Journal of Interpersonal Violence, 4, 3-23.

Prentky, R. A.  (1989).  Creativity and psychopathology: Gambolling at the seat of madness.  In J. A. Glover, R. R. Ronning & C. R. Reynolds (Eds.), Handbook of creativity: Assessment, research, and theory.  N. Y.: Plenum.

Prentky, R. A.  (1990).  Biological factors and personality traits.  In G. D. Wilson (Ed.), The book of personality & emotional well-being.  Oxford:  Andromeda.

Knight, R. A., & Prentky, R. A.  (1990).  Classifying sexual offenders:  The development and corroboration of taxonomic models.  In W.L. Marshall, D.R. Laws and H.E. Barbaree (Eds.), The handbook of sexual assault.  New York:  Plenum.

Prentky, R. A., & Burgess, A. W.  (1990).  Rehabilitation of child molesters:  A cost-benefit analysis.  American Journal of Orthopsychiatry, 60, 108-117.

Prentky, R. A., & Knight, R. A.  (1991).  Identifying critical dimensions for discriminating among rapists.  Journal of Consulting and Clinical Psychology, 59 (5), 643-661.

Prentky, R. A., Burgess, A. W., Knight, R. A., Ressler, R., Campbell, J. & Lanning, K. (1991).  Child molesters who abduct.  Violence and Victims, 6, 213-224.

Prentky, R. A., & Burgess, A. W.  (1991).  Hypothetical biological substrates of a fantasy-based drive mechanism for repetitive sexual aggression. In A. W. Burgess (Ed.), Rape and sexual assault III (pp. 235-256).  N. Y.:Garland.

Kafka, M. P., & Prentky, R. A.  (1992).  A comparative study of nonparaphilic sexual addictions and paraphilias in men.  Journal of Clinical Psychiatry, 53, 345-350.

Kafka, M. P., & Prentky, R. A.  (1992).  Fluoxetine treatment of nonparaphilic sexual addictions and paraphilias in men. Journal of Clinical Psychiatry, 53, 351-358.

Prentky, R. A., & Burgess, A. W.  (1992).  Rehabilitation of child molesters:  A cost-benefit analysis.  In A. W. Burgess (Ed.), <u>Child trauma I:  Issues & research</u> (pp. 417-442).  N.Y.: Garland.

Burgess, A. W., Campbell, J., Delaney, T. A., Heck, R. O., Knight, R. A., Lanning, K. V., Prentky, R. A., Rabun, J. B., & Ressler, R. K.  (1992).  Serial child molesters and abductors.  In A. W. Burgess (Ed.), <u>Child trauma I: Issues & research</u> (pp. 443-457).  New York:  Garland.

Prentky, R. A. & Knight, R. A.  (1993).  Age of onset of sexual assault:  Criminal and life history correlates.  In G.C.N. Hall, R. Hirschman, J.R. Graham, & M.S. Zaragoza (Eds.), <u>Sexual aggression:   Issues in etiology and assessment, treatment and policy</u> (pp 43-62).  Washington, D.C.: Hemisphere Publishing Corporation.

Carter, D. L., & Prentky, R. A.  (1993).  Forensic treatment in the United States:  A survey of selected forensic hospitals. Massachusetts Treatment Center. <u>International Journal of Law and Psychiatry</u>, <u>16</u>, 117-132.

Knight, R. A., & Prentky, R. A.  (1993).  Exploring characteristics classifying juvenile sexual offenders  In H. E. Barbaree, W. L. Marshall & S. M. Hudson (Eds.), <u>The juvenile sexual offender</u> (pp. 45-83).  New York:  Guilford.

Grubin, D. & Prentky, R. A.  (1993).   Sexual psychopathy laws. <u>Criminal Behaviour & Mental Health</u>, <u>3</u>, 381-392.

Prentky, R. A.  (1994).  Guest Editor, Special Issue of <u>Criminal Justice and Behavior</u> on Assessment and Treatment of Sexual Offenders, <u>21</u>, #1.

Knight, R. A., Prentky, R. A., & Cerce, D.  (1994).  The development, reliability, and validity of an inventory for the Multidimensional Assessment of Sex and Aggression.  <u>Criminal Justice and Behavior</u>, <u>21</u>, 72-94.

Burgess,  A. W.,  Prentky,  R. A.,  Burgess,  A. G.,  Douglas,  J. E., &  Ressler,  R. K. (1994).  Serial murder.  In M. Hersen, R. T. Ammerman & L. A. Sisson (Eds.), <u>Handbook  of  aggressive  and  destructive  behavior  in  psychiatric  patients</u>. N.Y.:  Plenum.

Kafka, M. P. & Prentky, R. A.  (1994).   Preliminary observations of DSM III-R Axis I comorbidity in men with paraphilias and  paraphilia-related disorders, <u>Journal of Clinical Psychiatry</u>, <u>55</u>, 481-487.

Prentky, R. A. (1995).  A rationale for the treatment of sex offenders:  Pro Bono Publico.  In J. McGuire (Ed.), <u>What Works: Reducing reoffending.  Guidelines from research and practice</u> (pp. 153-170).  Sussex, England:  John Wiley & Sons, Ltd.

Prentky, R. A., Knight, R. A., Lee, A. F. S., & Cerce, D. D. (1995).  Predictive validity of lifestyle impulsivity for rapists.  <u>Criminal Justice and Behavior</u>, <u>22</u>, 106-128.

Prentky, R. A.  (1995).  Treatment of intrafamilial sexual abusers.  In R. J. Gelles (Ed.), <u>Vision 2010:  Families & violence, abuse & neglect</u> (pp. 34-35).  Minneapolis, MN:  National Council on Family Relations.

Prentky, R. A.  (1996).  Community notification and constructive risk reduction.  <u>Journal of Interpersonal Violence</u>, <u>11</u>,  295-298.

Prentky, R. A., Knight, R. A., & Lee, A. F. S.  (1997).  Risk factors associated with recidivism among extrafamilial child molesters.  <u>Journal of Consulting and Clinical Psychology</u>, <u>65</u>, 141-149.

Maher, J. and Prentky, R. A.  (1997).  Trenchant thoughts from the trenches:  Treating sexual offenders in prison, <u>The Forum</u>, <u>9</u>, 6-7.

Prentky, R. A.  (1997).  Arousal reduction in sexual offenders:  A review of anti-androgen interventions.  <u>Sexual Abuse:  A Journal of Research and Treatment</u>, <u>9</u>, #3.

Prentky, R. A., Knight, R. A., & Lee, A. F. S.  (1997, June).  Child sexual molestation: Research issues.  <u>Research Report</u>, National Institute of Justice, Washington, D.C.

Prentky, R. A., Lee, A. F. S., Knight, R. A., & Cerce, D.  (1997). Recidivism rates among child molesters and rapists:  A methodological analysis.  <u>Law and Human Behavior</u>, <u>21</u>, 635-659.

Pessein, D., Maher, J., Cramer, E., & Prentky, R. A.  (1998).  The Joseph J. Peters Institute Intervention Programs for Sexual Abuse.  In W. L. Marshall, S. M. Hudson, T. Ward, & Y. M. Fernandes   (Eds.), <u>Sourcebook of treatment programs for sexual offenders</u>.  New York:  Plenum.

Kafka, M. P., & Prentky, R. A.  (1998).  Attention-Deficit/ Hyperactivity Disor1der in males with paraphilias and paraphilia-related disorders:  A comorbidity study.  <u>Journal of Clinical Psychiatry</u>, <u>59</u>, 388-396.

Prentky, R. A.  (1998, December).  Commentary on *State v. Seibert* 582 N.W.2d 745 (Wis. App. 1998).  <u>The Forensic Echo</u>, <u>3</u>, 6-7.

Prentky, R. A.  (1999).  Child sexual molestation.  In Hersen, M., & Van Hasselt, V. (Eds.), <u>Handbook of psychological approaches with violent offenders:  Contemporary strategies and issues</u> (pp. 267-300).  New York:  Kluwer.

Prentky, R. A.  (1999, April).  Commentary on *U.S.A. v. Petersen* 25 F.Supp.2d 1021.  <u>The Forensic Echo</u>, <u>3</u>, 4-5.

Prentky, R. A.  (1999, September).  Commentary on *People v. McDougle*, 708 N.E.2d 482 (Ill. App. 2 Dist. 1999).  <u>The Forensic Panel Letter</u>, <u>3</u> (#10), 7, 11.

Prentky, R. A., Harris, B., Frizzell, K., & Righthand, S.  (2000). Development and validation of an acturarial instrument for assessing risk among juvenile sex offenders.  Sexual Abuse: A Journal of Research and Treatment, 12 (2), 71-93.

Burgess, A. W., Dowdell, E. B., & Prentky, R. A.  (2000).  Sexual abuse of nursing home residents.  Journal of Psychosocial Nursing, 38, 10-18.

Burgess, A. W., Prentky, R. A., & Dowdell, E. B.  (2000).  Sexual predators in nursing homes.  Journal of Psychosocial Nursing, 38, 26-35.

Prentky, R.A., & Burgess, A. W.  (2001).  Commentary on the economics of child sex-offender programs.  American Journal of Orthopsychiatry, 71, 140-141.

Prentky, R. A.   (2001).   Rape:  behavioral aspects.  Invited Entry for J. Dressler (Ed.-in-Chief), Encyclopedia of Crime and Justice, (pp. 1300-1306). New York:  Macmillan Reference USA/The Gale Group.

Prentky, R. A., & Schwartz, B.  (2001).   Treatment of the repetitive criminal sex offender: United States.  In N. J. Smelser & P. B. Baltes (Eds.), International Encyclopedia of the Social and Behavioral Sciences, Vol. 23 (pp. 15893-15897).  Oxford, U.K.: Pergamon.

Prentky, R. A. (2002).  Sex offender sentencing, Case 2.  In K. Heilbrun, G. R. Marczyk, & D. DeMatteo (Eds.), Forensic Mental Health Assessment:  A Casebook (pp. 265-278).  New York:  Oxford University Press.

Prentky, R. A.   (2002).   Developments in theoretical models for coercive sexual behavior.  [Abstract]  In R. Eher & F. Pfaefflin (Eds.), Sexual violence and sexual abuse: From understanding to protection and prevention (pp. 46-47) Berlin, Germany: Pabst Science Publishers.

Prentky, R. A.   (2002).   Risk assessment with juvenile sex offenders.  [Abstract] In R. Eher & F. Pfaefflin (Eds.), Sexual violence and sexual abuse: From understanding to protection and prevention (pp. 163-164).  Berlin, Germany: Pabst Science Publishers.

Prentky, R. A.   (2003).   Remediation of coercive sexual behavior. In B. K. Schwartz (Ed.), Correctional Psychology: Practice, Programming, and Administration.  New York: N.Y.:  Civic Research Institute, Inc.

Prentky, R. A.   (2003).   A 15-year retrospective on sexual coercion: Advances and projections.  In  R. A. Prentky, E. S. Janus, & M. C. Seto (Eds.),  Sexually coercive behavior: Understanding and management, (pp. 13-32).  New York: Annals of the New York Academy of Sciences, Vol. 989.

Janus, E. S., & Prentky, R. A.   (Fall, 2003).  Forensic use of actuarial risk assessment with sex offenders: Accuracy, admissibility, and  accountability. 40 American Criminal Law Review, 1443-1511.

Janus, E. S., & Prentky, R. A.   (2004).   Forensic use of actuarial risk assessment: How a developing science can enhance accuracy and accountability. Federal Sentencing Reporter, 16 (3).

Prentky, R. A.   (2004).   Can sex offender classification inform typologies of male batterers?  Journal of Interpersonal Violence, 19, 1405-1411.

Righthand, S., Prentky, R. A., Knight, R. A., Carpenter, E. M., Hecker, J. E., & Nangle, D.  (2005).  Factor structure and validation of the Juvenile Sex Offender Risk Assessment Protocol  (J-SOAP).  Sexual abuse: A journal of research and treatment, 17 (1), 13-30.

Prentky, R. A., Janus, E., Barbaree, H., Schwartz, B., & Kafka, M.   (2006). Sexually Violent Predators in the Courtroom: Science on Trial. Psychology, Public Policy, & Law, 12 (4), 357-393.

Prentky, R. A., & Schwartz, B.   (2006).   Invited VAWnet Applied Research Forum document on Treatment of Adult Sex Offenders, National Online Resource Center on Violence Against Women.  (www.vawnet.org)

Prentky, R. A., & Lee, A. F. S.   (2007).   Effect of age-at-release on long-term sexual re-offense rates in civilly committed sexual offenders, Sexual Abuse: A Journal of Research and Treatment, 19 (1), 43-59.

Prentky, R. A., Coward, A., & Gabriel, A.   (2008).   Muddy diagnostic waters in the SVP Courtroom: A reply to First & Halon.   Journal of the American Academy of Psychiatry and the Law.

Janus, E. & Prentky, R. A.   (2008).   Sexual predator laws: A two-decade retrospective. Federal Sentencing Reporter,  21 (2), 90-97.

Prentky, R. A., Pimental, A., & Cavanaugh, D.   Predicting risk of sexual recidivism in juveniles: Predictive validity of the J-SOAP-II.  (2009).  In A. R. Beech, L. A. Craig, & K. D. Browne (Eds.), Assessment and Treatment of Sexual Offenders: A Handbook.  Chichester, UK: John Wiley & Sons.

In Press
Prentky, R.  A., Lamade, R., & Coward, A.  (in press).  Sex Offenders: A research agenda.  Invited Chapter in B. Rosenfeld & S. Penrod (Eds.), Research Methods in Forensic Psychology.  New York: Wiley.

Prentky, R. A., Gabriel, A., & Coward, A.   (in press).   Sex Offender services: Efficacy, Obstacles, Public Policy.  Invited Chapter in J. W. White, M. P. Koss, & A. E. Kazdin (Eds.), Violence Against Women and Children: Consensus, Critical Analyses, and Emergent Priorities.  Volume II: Navigating Solutions.

Prentky, R. A., Gabriel, A., & Coward, A.  (in press).  Sexual Abuse.  Invited Chapter in J. C. Thomas & M. Hersen (Eds.), Handbook of Clinical Psychology Competencies.  Volume II: Intervention and Treatment for Adults.  N.Y.: Springer.

Prentky, R. A.,  Li, N.-C., Righthand, S., Schuler, A., Cavanaugh, D., & Lee, A. F. (in press). *Behavioral Sciences and The Law*. Assessing Risk of Sexually Abusive Behavior Among Youth in a Child Welfare Sample

## Books / Manuals

Prentky, R. A., Janus, E. S., & Seto, M. C.  (Eds.). (2003).  <u>Sexually coercive behavior</u>: <u>Understanding and management</u>.   New York:  Annals of the New York Academy of Sciences, Vol. 989.

Prentky, R. A., & Burgess, A. W. (2000).  <u>Forensic management of sexual offenders</u>.  N.Y.:  Kluwer/Plenum Publishing Corp.

Prentky, R. A., & Righthand, S.  (2001).  <u>Juvenile Sex Offender Assessment Protocol</u>.  <u>Manual</u>.   Bridgewater, MA: Author.

Prentky, R. A., & Righthand, S.  (2003).  <u>Juvenile Sex Offender Assessment Protocol-II</u>.  <u>J-SOAP-II Manual</u>.   Bridgewater, MA: Author.

Prentky, R. A., & Edmunds, S.  (1996).  <u>Assessing sexual abuse: A resource guide for practitioners</u>.  Brandon, VT: Safer Society Press.

Prentky R.A., & Quinsey, V. (Eds.),  (1988).  <u>Human sexual aggression: Current perspectives</u>, V. 528.  New York: Annals of the New York Academy of Sciences.

Prentky, R.A. (1980).  <u>Creativity and psychopathology: A neurocognitive perspective</u>.  New York:  Holt, Rinehart & Winston/ Praeger Publishers.

Prentky, R.A.  (Ed), (1979).  <u>Biological aspects of normal personality</u>.  Baltimore, MD:  University Park Press.

## RESEARCH GRANTS

Project:  A Multi-prong Approach to Strengthening Internet Child Safety  (PI)
Sponsor:  Office of Juvenile Justice & Delinquency Prevention
Administering Agency:  Justice Resource Institute
Budget:   $996,540.00  (DMC & IDC)
Dates:    October 1, 2007 – September 30, 2009

Project:  Internet Related Techniques used by Offenders in Crimes Against Children  (PI)
Sponsor:  Office of Juvenile Justice & Delinquency Prevention
Administering Agency:  Justice Resource Institute
Budget:  $249, 795.00  (DMC)
Dates:    October 1, 2006 – September 30, 2007

Project:  Follow-up of Sexually-Reactive Children and Adolescents  (PI)

Sponsor:  National Institute of Justice
Administering Agency:  Justice Resource Institute
Budget:  $249, 640.00  (DMC)
Dates:   July 1, 2004 – December 31, 2005


Project:  Risk Management of Sexually-Reactive Children & Adolescents   (PI)
Sponsor:  National Institute of Justice
Administering Agency:  Justice Resource Institute
Budget:  $284, 780.00  (DMC)
Dates:   October 1, 2002 – September 30, 2004


Project:  Efficacy of Safety & Protection Evaluations for Estimating  (PI)
              Risk among Abuse-Reactive Children
Sponsor:  Commonwealth of Massachusetts
Administering Agency:  Justice Resource Institute
Budget:  $710, 000.00 (DMC & IDC)
Dates:   January 1, 2001 - June 30, 2006


Project:  Developmental Antecedents of Sexual Aggression    (PI)
Sponsor:  National Institute of Justice
Administering Agency:  Joseph J. Peters Institute
Budget:  $205,662.00 (DMC & IDC)
Dates:   December 1, 1994 - November 31, 1996


Project:  Impact of Sexual Abuse on Child Victims and their Siblings   (PI)
Sponsor:  National Center for Child Abuse and Neglect
Administering Agency:  Joseph J. Peters Institute
Budget:  $588,160.00 (DMC & IDC)
Dates:   October 1, 1994 - October 1, 1997


Project:  Sexual Violence: Utility of Rapist Classification for    (PI)
              Criminal Justice Applications
Sponsor:  National Institute of Justice
Administering Agency:  Forensic Training & Research Associates of
                  New England Forensic Associates  Arlington, MA
Budget:  $258,608.00 (DMC & IDC)
Dates:   February 1, 1993 - January 31, 1995


Project:  Subtyping of Sexual Offenders     (co-PI)
Sponsor:  National Institute of Mental Health
Administering Agency:  Brandeis University
Budget:  $146,705.00 (DMC)
Dates:   December, 1990 - December, 1991


Project:  Subtyping of Sexual Offenders    (co-PI)
Sponsor:  National Institute of Mental Health
Administering Agency:  Brandeis University
Budget:  $163,005.00 (DMC)
Dates:   December, 1989 - January, 1991

Project:  Classification of Rapists: Implementation & Validation   (PI)
Sponsor:  National Institute of Justice
Administering Agency:  Brandeis University
Budget:  $168,424.00 (DMC)
Dates:    July, 1988 - August, 1989

Project:  Classification of Rapists: Implementation & Validation   (co-PI)
Sponsor:  National Institute of Mental Health
Administering Agency:  Brandeis University
Budget:  $215,250.00 (DMC)
Dates:    April 1, l988 - November 30, l990

Project:  Subtyping of Sexual Offenders   (co-PI)
Sponsor:  National Institute of Mental Health
Administering Agency:  Brandeis University
Budget:  $154,909.00 (DMC)
Dates:    July, 1987 - June, 1988

Project:  Developmental Factors Associated with Sexual   (PI)
          Dangerousness
Sponsor:  National Institute of Justice
Administering Agency:  Brandeis University
Budget:  $l87,044.00 (DMC)
Dates:    October, l985 - September, l987

Project:  Subtyping of Sexual Offenders   (co-PI)
Sponsor:  National Institute of Mental Health
Administering Agency:  Brandeis University
Budget:  $540,8l5.00 (DMC)
Dates:    April, l984 - March, l987

Project:  Classification, Evaluation and Prediction of   (PI)
          Outcome of Sexually Aggressive Offenders
Sponsor:  National Institute of Justice
Administering Agency:  Boston University
Budget:  $l9l,6l0.00 (DMC)
Dates:    October, l982 - September, l984

## Ad Hoc Reviewer

**Federal Grants:**

A)  National Science Foundation:
    Division of Behavioral & Neural Sciences
B)  National Institute of Justice:
    Office of Justice Assistance, Research and Statistics
C)  National Institute of Mental Health:
    Antisocial & Violent Behavior Research Branch &
    Psychopathology and Clinical Biology Research Review

## Ad Hoc Reviewer

**Journals**:

**Acta Sexologica**
**Biological Psychiatry**
**Child Abuse & Neglect**
**Clinical Psychology Review**
**Criminal Behaviour & Mental Health**
**Criminal Justice and Behavior**
**Criminology**
**International Journal of Forensic Mental Health**
**Journal of Abnormal Psychology**
**Journal of Consulting and Clinical Psychology**
**Journal of Criminal Law and Criminology**
**Journal of Environmental Psychology**
**Journal of Interpersonal Violence**
**Journal of Personality & Social Psychology** (P.P. & I.D.)
**Journal of Quantitative Criminology**
**Law and Human Behavior**
**Psychiatry Research**
**Psychological Assessment**
**Psychological Bulletin**
**Psychology, Public Policy, and Law**
**Sex Roles: A Journal of Research**
**Sexual Abuse:  A Journal of Research and Treatment**
**Violence and Victims**
**Western Criminology Review**

## Selected Service Appointments

- Member, International Advisory Committee of Congress on Rape, Israel, April 7-11, 1986.
- Member, Advisory Committee, American-Israeli International Symposium on the Prevention & Treatment of Child Abuse & Neglect, Israel, November 16-25, 1991.
- Member, National Advisory Committee, National Symposium on Child Victimization, Children's Hospital, National Medical Center, Washington, D.C. -- 1988-89 & 1989-90
- Member, Advisory Board, Association for Treatment of Sexual Abusers, 1991 - 2000
- Member, Board of Directors, American Professional Society on the Abuse of Children (APSAC), 1991 - 1993
- Associate Editor, The Advisor, newsletter for APSAC
- Member, Board of Governors, Violence Update
- Adjunct faculty member, Interdisciplinary Training Institute on Child Victimization, Children's Hospital National Medical Center, Washington, D.C.
- Contributor to Case in Point, National Center for Missing & Exploited Children
- Appointed by Commissioner Fauver to Special Classification Review Board, State of New Jersey, January, 1996
- Appointed by Governor Ridge to State Board to Assess Sexually Violent Predators, Commonwealth of Pennsylvania, April, 1996
- Member, National Summit Planning Group, Office of Justice Programs, Department of Justice, Washington, D.C.;
- Member, National Resource Group, Center for Sex Offender Management, Office of Justice Programs, D.O.J.
- Member, International Committee, 5th Congress on the Treatment of Sex Offenders, Venezuela.
- Member, Organizing Committee, International Association for Treatment of Sex Offenders
- Member, Advisory Board, Board of Accreditation for Sex Abuser Treatment Programs.