

**United States Department of Justice**
**Criminal Division**

Child Exploitation and Obscenity Section
High Technology Investigative Unit

---

| **Subject:** Computer Forensic Examination: U.S. v. Corey Reingold | |
|---|---|
| **Examiner:** Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:** Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:** 18 | **Page** 1 |

**ITEM TO BE EXAMINED:**

1. "**NY01314**" is an image copy of a Dell Dimension 5150, serial number 6XZ75C1; 74.5GB Hard Drive, serial number WD-WMAM9FE48551; created by SA Robert Crisalli / SA Russ Fincher on May 15, 2009.

2. "**NY01316**" is an image copy of a Dell Inspiron Desktop 530, serial number 34BHHG1; 640GB Hard Drive, serial number WD-WCASY2955232; created by SA Robert Crisalli / SA Russ Fincher on May 14, 2009.

3. "**Reingold_Xbox360**" is an image copy of a Microsoft Xbox 360 Video Game Console, serial number 710688560106; 20GB Hard Drive, serial number SOA8J3OYC61454; created by Lead CFS Johnathan Bridbord on September 15, 2010.

**EXAMINATION REQUESTED:**

Identify evidence related to child exploitation offenses pursuant to federal search warrant M-09-013.

**FINDINGS:**

**ITEM 1: "NY01314"**

**1. GigaTribe Software**

GigaTribe is a private peer-to-peer program that allows GigaTribe friends to securely download, share files and chat through a private encrypted network on the Internet. Mutually accepted friends may browse and search each others shared files and folders on the private encrypted network.

GigaTribe was installed on November 10, 2008 at the following location:

- C:\Program Files\GigaTribe\

| | |
|---|---|
| **Subject:** Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:** Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:** Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:** 18 | **Page** 2 |

GigaTribe settings and configurations were identified in the windows registry location "C:\Documents and Settings\Corey\NTUSER.DAT\NTRegistry\$$$PROTO.HIV\Software\ShalSoft\GigaTribe\boysuck0416." A review of this location indicated that the download directory was set to "C:\Documents and Settings\Corey\My Documents\My downloads GigaTribe\boysuck0416". Further review indicated that the shared folder was set to "C:\Documents and Settings\Corey\My Documents\My Music\RCT3\Added Music\". 177 suspected child pornography files were identified in the shared folder.

Additionally, 484 suspected child pornography files were identified in the following folder:

- C:\Documents and Settings\Corey\My Documents\My Music\RCT3\pic\

**Attachment 1** contains a listing of 661 suspected child pornography movie and image files located in the GigaTribe folders. **Attachment 2 (SEALED)** contains the 661 suspected child pornography movie and image files.

A GigaTribe chat log was identified at the following location:

- C:\Documents and Settings\Corey\Application Data\GigaTribe\ChatHistory Boysuck0416.bin

**Attachment 3** contains a printout of the chat log.

2. **eMule Software**

eMule is a peer-to-peer program that allows its users to search for, download and share files on the Internet. An eMule user enters a search term, and the program searches the peer-to-peer network for files matching the search term and displays a list of files. A user selects files from this list to initiate a file transfer to their computer. eMule was installed on April 15, 2007 in "C:\Program Files\eMule".

EMule creates partial files named "part," "part.met" and "met.bak" for files that are in the process of being downloaded. On April 15, 2007 a download of 7 movie files commenced but did not complete. The following 7 suspected child pornography movie files were partially downloaded to "C:\Program Files\eMule\Temp\":

- Kiddy 11Yo And 13Yo Masturbate Plus Ride Cock.mpg
- 10yo Boy Licks 7yo Boys Ass.mpg
- Dee 3 way 13yo and 15yo play with young boy 25m21s.avi
- [13yo]Webcam - farmerboy001_01.avi
- Bibcam - 2 11yo Brambingo 9m34s.avi
- Webcam - 10Yo & 13Yo Boy Action01-Full.avi
- 10Yo Boy Jerks Off 11Yo Outside Mpeg.mpeg

| | |
|---|---|
| **Subject:**  Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:**  Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:**  Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:**  18 | **Page** 3 |

**Attachment 4** is a listing of the file attributes of the 7 suspected child pornography movie files.

3. <u>**FrostWire Software**</u>

FrostWire is a peer-to-peer program that allows its users to search for, download and share files on the Internet. A FrostWire user enters a search term, and the program searches the peer-to-peer network for files matching the search term and displays a list of files. A user selects files from this list to initiate a file transfer to their computer. FrostWire was installed on August 19, 2008 in "C:\Program Files\FrostWire".

The frostwire.props file contains FrostWire settings. Since FrostWire does not use the registry, settings are stored in the .props files. A review of the frostwire.props file indicated that the shared directory was set to "C:\Documents and Settings\Corey\My Documents\FrostWire\Shared". Further review indicated that the download folder was set to "C:\Documents and Settings\Corey\My Documents\FrostWire\Saved". A review of the download folder identified the following suspected child pornography file:

- C:\Documents and Settings\Corey\My Documents\FrostWire\Saved\Bibcam 14 Yr. Old Blonde Sucks 14 Yr. Old Boyfriend's Cock...Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 01.mpg

**Attachment 5 (SEALED)** contains the movie.

The downloads.dat file contains information on files that are in the process of being downloaded via FrostWire. This information contains the file name being downloaded, the file's FrostWire hash value and the last IP address the file was downloaded from. If the user interrupts the download process, the FrostWire program will use the downloads.dat file to reinitiate the download the next time the program runs. A review of the downloads.dat file indicated that the file named "Bibcam - 12Yo Suck Sweet10Yo New!(2boys)(kdv rbv russian).mpeg" was downloaded on October 5, 2008. Further review of the computer system identified the file contained suspected child pornography and was stored in the following location:

- C:\Documents and Settings\Corey\My Documents\My Music\RCT3\Added Music\Bibcam - 12Yo Suck Sweet10Yo New!(2boys)(kdv rbv russian).mpeg

4. <u>**Limewire Software**</u>

Limewire is a peer-to-peer program that allows its users to search for, download and share files on the Internet. A Limewire user enters a search term, and the program searches the peer-to-peer network for files matching the search term and displays a list of files. A user selects files from this list to initiate a file transfer to their computer. Limewire was installed on December 27, 2006 in "C:\Program Files\Limewire\".

| | |
|---|---|
| **Subject:** Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:** Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:** Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:** 18 | **Page** 4 |

### 5. Windows Registry Search Terms

The Windows registry is a database of configuration information maintained by the Microsoft Windows operating system. It stores custom settings and other configuration information that the user of the computer selects when the user use the programs installed on the computer. The Windows registry stores information associated with usernames and passwords when accessing web sites that require this login information. A log of usernames, passwords, addresses, phone numbers, email addresses, search terms and other information entered on webpage forms is stored in a section of the registry named "Intelliforms". This information was identified and extracted from "C:\Documents and Settings\Corey\NTUSER.DAT" a sample of which includes:

- pthc
- kdv
- pjk
- masturbating
- naked boy
- preteen hardcore
- preteen naked
- boner
- young boys
- preteen boys
- 11 yo boys
- 10 yo boys
- 10 year old boys
- 12 year old boys
- 12 year old boy sex
- pre puberty
- puberty
- sex stories
- little boy sex stories

The "Intelliforms" information is included as **Attachment 6.**

### 6. Thumbs.db

Thumbs.db are hidden files that are automatically created by the Microsoft Windows operating system when a computer user navigates the Windows Explorer program to a folder and displays the contents in "thumbnail view." Thumbs.db are considered compound file containing thumbnail copies of full sized images and video.

| | |
|---|---|
| **Subject:**  Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:**  Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:**  Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:**  18 | **Page** 5 |

Thumbnails of video files are typically of the first frame. Typically deletion or removal of files from a folder will not affect the contents of the thumbs.db files. 20 thumbs.db files were identified on ITEM 1.

1,436 suspected child pornography thumbnail files were identified within the following 8 thumbs.db files:

- C:\Documents and Settings\Corey\My Documents\My Music\RCT3\pic\Thumbs.db
- C:\Documents and Settings\Corey\My Documents\My Music\RCT3\Added Music\Thumbs.db
- C:\Documents and Settings\Corey\My Documents\My downloads GigaTribe\boysuck0416\Thumbs.db
- C:\Documents and Settings\Corey\My Documents\Copy of My Pictures\Added Music\Thumbs.db
- C:\Program Files\eMule\Incoming\Thumbs.db
- C:\Documents and Settings\Corey\Incomplete\Thumbs.db
- C:\Documents and Settings\Corey\My Documents\My Received Files\Thumbs.db
- C:\Documents and Settings\Corey\Local Settings\Application Data\Microsoft\Messenger\onecrazymutha0416@hotmail.com\Sharing Folders\chillo@windowslive.com\Thumbs.db

**Attachment 7** contains a file listing of 1,436 thumbnail image file attribute information.

### 7. Recent Files

The Microsoft Windows operating system creates a link file, named with extension "LNK", when certain files are opened or viewed by the computer user. These link files are located in a folder named "Recent." This recently accessed file information is maintained by the operating system to easily identify and retrieve recently accessed files. Link files to suspected child pornography were identified in the following location:

- C:\Documents and Settings\Corey\Recent\

**Attachment 8** contains a file listing of the identified recent link files.

### 8. Internet Explorer History

The Internet Explorer program maintains a database history ("index.dat") of record entries involving web sites accessed, web search terms, local files accessed and dates and times associated with this activity. The database history files are located in the following folder:

- C:\Documents and Settings\Corey\Local Settings\History\History.IE5\

**Attachment 9** contains the extracted Internet Explorer history.

| | |
|---|---|
| **Subject:**  Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:**  Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:**  Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:**  18 | **Page** 6 |

### 9. Google Desktop Search

Google Desktop Search is a program that makes searching locally saved files on a computer as easy as searching the web with Google. It's a desktop search application that provides full text search over files and web pages that were accessed.

Google Desktop Search was installed on November 25, 2006 at the following location:

- C:\Program Files\Google\Google Desktop Search

Evidence of access to locally saved computer files containing names indicative of child pornography, access to webpages containing suspected child pornography and search terms used to seek out child pornography were extracted from the Google Desktop Index.  **Attachment 10** contains the data stored in the Google Search Desktop Index.

### 10. "how i will raise my children.doc"

A Microsoft word document named "how i will raise my children.doc" was created on September 15, 2008 and identified in "C:\Documents and Settings\Corey\My Documents\Kingsborough\English 24\". **Attachment 11** contains the document.

### ITEM 2: "NY01316"

### 11. LimeWire

LimeWire was installed on December 27, 2008 at the following location:

- C:\Program Files (x86)\LimeWire\

The limewire.props file contains LimeWire settings. Since LimeWire does not use the registry, settings are stored in the .props files. A review of the frostwire.props file indicated that the download folder was set to "C:\Users\sher\Documents\LimeWire\Saved".

6 suspected child pornography files were successfully downloaded to the LimeWire "Saved" folder. Additionally, 4 suspected child pornography files were partially downloaded to the "Incomplete" folder. **Attachment 12** contains a listing of the 10 suspected child pornography files. **Attachment 13 (SEALED)** contains the 10 suspected child pornography files.

| | |
|---|---|
| **Subject:**  Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:**  Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:**  Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:**  18 | **Page** 7 |

## 12. GigaTribe

GigaTribe was installed on December 28, 2008 in "C:\Program Files (x86)\GigaTribe\". A review of the windows registry identified the Gigatribe sharing directory set for "C:\Users\sher\Music\Playlists\Sample Playlist\RTC3\". A review of the Gigatribe sharing directory identified 7 suspected child pornography files. **Attachment 14** contains a listing of the 7 suspected child pornography files. **Attachment 15 (SEALED)** contains the 7 suspected child pornography files.

The following GigaTribe chat log was identified in "C:\Users\sher\AppData\Roaming\GigaTribe\ChatHistory Boysisland.bin":

| Date and Time | Sender ID | Receiver ID | Gigatribe Chat Message |
|---|---|---|---|
| 1/5/09 14:02 | Boysisland | 910410 | whats ur pass? |
| 1/5/09 14:23 | 910410 | Boysisland | and your browse is this?!?! |
| 1/5/09 14:33 | Boysisland | 910410 | huh? |
| 1/5/09 14:35 | 910410 | Boysisland | you have only 7 files............. |
| 1/5/09 14:36 | Boysisland | 910410 | i know |
| 1/5/09 14:36 | Boysisland | 910410 | im trying to get more |
| 1/5/09 14:36 | Boysisland | 910410 | thats why i dled giga |

## 13. Thumbcache

Thumbcache is a database file used by the Microsoft Windows operating system to store thumbnail images of the contents of folders when the computer user selects "thumbnail view". This information is created when a user navigates to a folder and displays the contents in "thumbnails" view. 7 thumbnail images to suspected child pornography was identified in the Thumbcache file "C:\Users\sher\AppData\Local\Microsoft\Windows\Explorer\thumbcache_256.db". **Attachment 16** contains a listing of 7 thumbnail image files.

## 14. Recent Files

 4 link files to suspected child pornography were identified in the following location:

- C:\Documents and Settings\Corey\Recent\

**Attachment 17** contains a file listing of the 4 identified recent link files.

| | |
|---|---|
| **Subject:**  Computer Forensic Examination: U.S. v. Corey Reingold | |
| **Examiner:**  Johnathan Bridbord | **Acts Number**: 201002334 |
| **Case Type:**  Child Exploitation | **Report Date:** October 1, 2010 |
| **Attachments:**  18 | **Page** 8 |

### 15. Recycle Bin

The recycle bin is a folder the windows operating system uses to store items that are moved after a user deletes a file or folder. The recycle bin tracks a deleted file or folder original location in the event a user wishes to restore the deleted file. The following 2 suspected child pornography files, originally located in the Gigatribe shared folder, were deleted and sent to the recycle bin on January 1, 2009:

- C:\Users\sher\Music\Playlists\Sample Playlist\RTC3\Bibcam 7 14Friends.avi
- C:\Users\sher\Music\Playlists\Sample Playlist\RTC3\Anal Porn - Rape - Teen Blonde Begs For Mercy - She Cries In Pain From Being Fucked In The Ass - 1min 2secs - Sound.mpg

**Attachment 18 (SEALED)** contains the 2 suspected child pornography files.

### ITEM 3: "Reingold_Xbox360"

No evidence of child exploitation was identified on the Xbox360 game console.

### CONCLUSION:

1. There is evidence of distribution of child pornography using GigaTribe between November 10, 2008 and January 15, 2009.

2. There is evidence of receipt of child pornography between April 15, 2007 and January 15, 2009 using FrostWire, Limewire and eMule.

3. There is evidence of known possession of child pornography between January 1, 2007 and January 15, 2009 based on information contained in thumbs.db, link files, Internet history, Google Desktop Search, windows registry search terms and GigaTribe chats.


        /s/                                                                         *October 1, 2010*
_____            _____
       Johnathan Bridbord
            Examiner


        /s/                                                                         *October 1, 2010*
_____            _____
       James M. Fottrell
            Reviewer