# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 15, 2011

VIA ECF
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. C.R.
09 Cr. 155 (JBW)

Dear Judge Weinstein:

I write on behalf of the defense, and with the consent of the Government, to respectfully request an adjournment of the sentencing in this case, which the Court has scheduled for February 25, 2011. I am getting married on February 20, 2011, and will be on my honeymoon through March 1, 2011. Government counsel will be in trial for the first two weeks of March. Accordingly, I ask that the Court adjourn sentencing to a date in late March or early April.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (718) 330-1208

cc: Assistant U.S. Attorney, E.D.N.Y. Ali Kazemi (via ECF)
U.S. Pre-Trial Officer, E.D.N.Y. Anna Lee (via e-mail)
Sam Talkin, Esq. (via ECF)
Louis Freeman, Esq. (via ECF)