

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AK
F.#2008R01418

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 21, 2011

**Via ECF and Hand**

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. C.R.
            Criminal Docket No. 09-155 (JBW)(VVP)

Dear Judge Pohorelsky:

      Pursuant to Your Honor's Order, the government submits this letter to confirm that the parties have reached agreement regarding the issues raised in the defendant's letter dated January 18, 2011.  See Docket Entry 115.  Accordingly, the parties jointly submit that a hearing is not required.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                      By:     /s/
                                Ali Kazemi
                                Assistant U.S. Attorney
                                (718) 254-6171

cc:  Sanford Talkin, Esq. (Via ECF and Email)
     Louis Freeman, Esq. (Via ECF and Email)
     Deirdre von Dornum, Esq. (Via ECF and Email)