*Appendix A*
*of Prisons*

# BUREAU SEX OFFENDER PROGRAMS

## SEX OFFENDER MANAGEMENT PROGRAM (SOMP):

The following institutions have a SOMP mission: FCI Marianna (Medium); FMC Devens; FCI Petersburg (Medium); USP Tucson (High); FCI Seagoville (Low); USP Marion (Medium).

SOMP is a multi-component program that includes treatment (SOTP), assessment, specialized correctional management, and population management.

1) **Treatment:** The Bureau's sex offender treatment programs are stratified into two program levels: the high-intensity Residential (SOTP-R) and the moderate intensity Non-residential Sex Offender Treatment Programs (SOTP-NR). Currently, Devens is the only institution with the SOTP-R. All of the other SOMP institutions offer the SOTP-NR.

- The **Residential Sex Offender Treatment Program** (SOTP-R) is a high intensity program designed for high risk sexual offenders (ordinarily, inmates with multiple sex offenses, or a history of contact sexual offenses). . The SOTP-R is a unit-based program with a cognitive-behavioral emphasis. The cohousing of SOTP-R participants permits the implementation of a modified therapeutic community. The SOTP-R is offered at the Federal Medical Center (FMC) in Devens, Massachusetts. The program is designed to be 12 to 18 months in duration

- The **Non-residential Sex Offender Treatment Program** (SOTP-NR) is a moderate intensity program designed for low to moderate risk sexual offenders. Most of the inmates in the SOTP-NR are first-time offenders serving a sentence for an internet sex crime. The SOTP-NR shares the SOTP-R's treatment philosophy and program materials, but lacks the frequency of treatment groups and the program duration of the SOTP-R. In addition, because SOTP-NR participants reside in the general population, there is no modified therapeutic community. All SOMP institutions offer the SOTP-NR. The typical duration of the SOTP-NR is 9-12 month.

GOVERNMENT EXHIBIT
24
09-CR-155

**Community Treatment Services:** Inmates completing the SOTP-NR and the SOTP-R are expected to participate in community treatment services (if they receive community placement). Community treatment services are group or individual sessions provided on an outpatient basis by a contracted treatment provider. Participants will be expected to attend these services while in RRC and on home confinement. Inmates with a requirement to participate in sex offender treatment while on Supervised Release will ordinarily continue with the same treatment vendor upon transition to USPO supervision.

2) **SOMP Evaluations:** SOMP staff conduct intake screenings on all arriving sex offenders. They also conduct Initial Risk Assessments and Discharge Reports on inmates releasing to the community.

3) **Specialized Correctional Management:** SOMP institutions may impose Correctional Management Plans (CMP) on sex offenders who engage in risk relevant behavior. Risk relevant behavior refers to conduct related to a sexual offender's history that indicates of risk of future

sexual offending upon release (e.g., collecting sexual pictures of children; attempting to contact potential child victims).

**4) Population Management:** To encourage voluntary participation in treatment and minimize protective custody lockups, at least 40% of the inmates in the general population at SOMP institutions have a history of sexual offense. SOMP institutions may accommodate referrals of inmates who are unable to remain in general population due to their sexual offense.

**Commitment and Treatment Program (CTP):** The Adam Walsh Child Protection and Safety Act requires the Bureau to review releasing sex offenders for possible certification as sexually dangerous persons. The Bureau has designated FCI Butner as the facility where certified, post-sentence persons and civilly committed sex offenders will be transferred for treatment. To accommodate the CTP mission, Sex Offender Treatment Program at FCI Butner was closed in 2006 and moved to FMC Devens.

**Frequently Asked Questions:**

**What is the difference between SOMP and SOTP?**
SOMP is a multi-component program that includes 1) treatment [SOTP-R or SOTP-NR]; 2) assessment services; and 3) specialized correctional management, in addition to population management.

**Can an inmate volunteer for SOMP?**
Inmates do not volunteer for SOMP, but they may volunteer for treatment. SOTP is a component of SOMP.

Questions about Bureau sex offender programs can be directed to:

William Bickart
Behavioral Management Programs Coordinator
Psychology Services Branch, Correctional Programs Division
(202) 307-2951
wbickart@bop.gov

### Residential Sex Offender Treatment Program
### Agreement to Participate

**You have requested placement in a Residential Sex Offender Treatment Program (SOTP-R) in the Bureau of Prisons.** All SOTP-R participants consent to the treatment conditions described below:

- I understand the potential benefits of participating in the SOTP-R, as described in the <u>Residential SOTP Program Description</u> brochure. I understand my level of commitment to the program will determine how much I benefit from participation.

- I acknowledge that staff have given me a copy of the <u>Residential SOTP Program Description</u> brochure. Any questions I have about the content of the brochure have been answered to my satisfaction.

- I understand that the SOTP-R is a voluntary program. I may withdraw from the program at any time. I also understand that in order to participate in the program, I may be required to transfer to a facility assigned to me for SOTP-R participation.

- I understand that the SOTP-R is a residential treatment community. I understand that while residing on the program unit, including while in WAIT and COMPLETION status, I will be expected to participate in treatment community activities. I also understand that while I am living on the treatment unit, I will be expected to contribute to a positive treatment community by refraining from any behaviors which are disruptive to the program or their fellow participants.

- I understand that the SOTP-R consists of a variety of treatment opportunities, including psychological testing, therapeutic groups, treatment community meetings, individual sessions, treatment team meetings, feedback to other participants, and feedback from treatment staff and peers. I understand that my full participation in all of these activities is essential to my success in treatment.

- I understand that all SOTP-R participants have an individualized treatment plan and I will have the opportunity to provide input into the development of my treatment plan.



8/30/07

- I understand that I am expected to protect the confidentiality and privacy of my fellow participants in the treatment program.  I understand there is no tolerance for breach of confidentiality.

- I understand that SOTP-R staff respect the privacy of inmates who disclose personal information. I understand there are limitations to my confidentiality in the program. I understand SOTP-R staff may release treatment information to other entities as permitted by law. I understand that if I disclose information about previously unreported abuse or neglect of a child, an elderly person, or an adult who is incapable of caring for him/herself, SOTP-R staff are required by law to report this conduct as required by law. I understand that my SOTP-R records may be considered by the Bureau of Prisons when reviewing my case for possible certification as a sexually dangerous person pursuant to 18 U.S.C. 4248.

- I understand that I am expected to follow Bureau of Prisons policies, rules and regulations.  I understand that if I fail to do so, I may be expelled from the program.

## AGREEMENT/SIGNATURE

I have read, or have had this document read to me, and I understand and accept the rules and regulations for participation in the SOTP-R described in this agreement to participate.

| Inmate Name Printed | Staff Name Printed |
|---|---|
| Inmate Signature | Staff Signature |
| Register Number | Staff Title |
| Date | Date |

8/30/07

## Residential Sex Offender Treatment Program
### Program Description

**Philosophy of the Residential Sex Offender Treatment Program:**

The Residential Sex Offender Treatment Program (SOTP-R) at FMC Devens is a treatment community of sex offenders working together to become healthy, productive, and responsible members of society. Participants in the SOTP-R collectively strive toward a better way of life, sharing the philosophy and goal of "NO MORE VICTIMS."

The program acknowledges that there is no permanent cure for the sexual disorders that underlie sexual offending. However, the program is committed to the fundamental belief that criminal sexual behavior can be effectively managed in most cases through competent treatment and intensive supervision, allowing sex offenders to enjoy productive, rewarding, and meaningful lives, while remaining offense-free.

**Goals of SOTP-R:**

- Decrease risk of sexual reoffending - "No More Victims."
- Increase resiliency and improved quality of life, both in prison and after release.
- Build healthy, rewarding, and meaningful relationships.
- Develop a new sense of meaning and purpose in life.

**SOTP-R Treatment Strategies:**

- Learn to challenge and change distorted thinking.
- Learn strategies to manage emotions and reactions to situations, people, and places.
- Acquire skills necessary to control and manage deviant sexual arousal and behaviors.
- Accept responsibility for past sexual crimes.
- Improve social skills and overall interpersonal functioning.
- Acquire skills to maintain positive change and avoid return to sexual reoffending.

**Program Description:**

**Program Structure:** The SOTP-R is comprised of community meetings, psycho-educational groups, treatment groups, and



GOVERNMENT
EXHIBIT
2-6
04-CR-155

8/30/07

individual counseling sessions. There are four components:
1) pre-treatment and orientation, 2) assessment, 3) treatment,
and 4) release planning. Although the duration of the program
may vary depending on each participant's rate of treatment
progress, most participants will complete the residential phase
of the program in 12 to 18 months.

Readiness (Pre-treatment and Orientation): This component of the
program orients the program participant to all aspects of the
program and introduces him to the concepts of the residential
treatment community. Inmates participate in orientation sessions
about the program, learn about the benefits of treatment, and
understand their role in the treatment community.

Assessment: The SOTP-R considers each participant as a unique
person, with his own set of treatment needs. During this phase
of the program, each participant is assessed to determine
personal strengths and weaknesses, skill deficits, risk factors
and specific relapse triggers. Polygraph and phallometric tests
may also be administered to assist participants in gaining self
knowledge and accepting responsibility for past sexual behavior.
Based on the results of the initial assessment, a comprehensive
and individualized treatment plan is developed for each
participant. This treatment plan will guide the participant's
progress through the remainder of the program.

Treatment: This component of the program is comprised of milieu
therapy, psychotherapy, and participation in structured psycho-
educational programs and discussion groups. SOTP-R community
members (peers) assist each other on a daily basis by providing
feedback on behaviors and distorted thinking, as well as positive
support and recognition of progress towards treatment goals.
Psychiatric treatment with medications may be considered on an
individual basis to address symptom-related concerns.

Release Planning: This is an essential component of the program
which helps the participant strengthen and reinforce therapeutic
gains and achieve a successful re-integration into the community
upon his release. Detailed treatment summaries and relapse
prevention plans are developed for each participant.

Aftercare Services: To gain the maximum treatment benefit from
the SOTP-R, participants are expected to demonstrate continued
positive behavior and engage in treatment programming upon their
return to general population and during community programming.

8/30/07

08/08/2008  12:49PM (GMT-07:00)

## General Expectations of the SOTP-R Community:

- Follow all rules, including institution, unit, and SOTP-R community standards.

- Attend groups, meetings, and institution work assignments on time.

- Accept guidance and feedback from staff and other community members.

- Contribute to the treatment progress of other community members by providing support and respectful feedback to peers.

- Protect the confidentiality of other participants - "what's said in group, stays in group."

- Contribute to the sanitation of the treatment unit on a daily basis.

- Wear appropriate attire during program hours.

- Maintain proper hygiene.

**Additional Program Rules:**

Inappropriate Materials:
The presence of sexual stimulus materials on the treatment unit poses a critical risk to the treatment community. To ensure that the treatment unit is a safe place for each participant, the following materials are considered inappropriate for inmates on the SOTP-R housing unit to use, possess, or manufacture:

- any type of pornographic or sexually explicit material such as photographs, drawings, and written materials.

- any photograph or "cut-out" from any publication of a nude or partially nude adult or child.

- any sexual apparatus or paraphernalia.

- any publication or photograph depicting physical abuse or sexual violence.

3                                    8/30/07

- any obvious collection of photographs, pictures or drawings depicting any individuals in sexually explicit or suggestive poses or situations.

- any material that depicts, describes or encourages activities which may lead to violence, sexual crimes, or exploitation.

- any other material that is viewed by staff as inconsistent with the goals of treatment.

<u>Contact with Members of the General Public:</u> Consistent with the SOTP-R program philosophy of "No More Victims," telephone, correspondence, or visitation may be restricted if a participant is determined to pose a risk to a member of the general public. Such restrictions are only imposed when deemed necessary by the treatment staff.

4                                                    9/30/07

### Sex Offender Management Program
### Program Description

The SOMP is responsible for the coordination of multiple program components developed to address specific aspects of the Bureau's strategy to effectively manage its population of sex offenders.

**Description and prioritization of SOMP Program Components:**

1. **Precertification Evaluations** are conducted at the request of the Certification Review Panel (CRP). This program component is not voluntary, although the inmate may decline to interview with the clinician.

2. **Discharge Evaluations** are risk analyses on releasing sex offenders. Discharge Evaluations enhance public safety by assisting probation or community programs staff in effective management and supervision of these offenders in the community. Discharge Evaluations will be performed on all cases referred for Precertification Evaluation who are not certified by the CRP. At the discretion of the SOMP Coordinator, other high risk cases may be identified as requiring a Discharge Evaluation in the interests of enhancing public safety. This program component is not voluntary, although the inmate may decline to interview with the clinician.

3. **Certification Review Panel Case Summaries / STATIC99 Scoring** on sex offenders at the institution. CRP Summary form will be completed by SOMP staff at or near the time of the inmate's arrival at the facility. This is a non-voluntary program component, and does not require an interview with the inmate.

4. **Correctional Management Plans** will be developed on inmates who engage in the following types of risk-relevant behavior: 1) the inmate attempts to manufacture or obtain sexual stimulus materials, or such materials are found in inmate's personal property; and 2) the inmate engages in conduct of a sexual nature with the general public, though visitation, telephone, or correspondence. Cases with identified risk-relevant behavior will receive an individualized Correctional Management Plan to ensure appropriate monitoring and supervision occurs. This is a non-voluntary program component.

5. **Non-residential Sex Offender Treatment Program.** The Non-residential Sex Offender Treatment Program (SOTP-NR)



GOVERNMENT EXHIBIT
27
09-CR-155

08/08/2008  12:49PM (GMT-07:00)

includes basic treatment services (FMC Devens offers the intensive residential program). Ordinarily, SOTP-NR entails 6 to 8 hours programming per week over 6 months. Although this program component is voluntary, completion of an individualized treatment plan may be required for an inmate to gain admission to the Residential Sex Offender Treatment Program (SOTP-R).

6.  **Sex Offender Education Program (SOEP)**. The purpose of this program component is to motivate sex offenders to volunteer for sex offender treatment. This program component is voluntary, but may be required for the inmate to gain admission to the SOTP-R at FMC Devens.

7.  **Routine monitoring** of all PSF=F cases in the institution population under relevant Program Statements (e.g., Personal Property, Visitation, etc.). Inmates engaging in the categories of risk-relevant behavior described above (Program Component #4) will be referred to SOMP staff. This is a non-voluntary program component.

**Population Management at SOMP Institutions**: SOMP institutions are expected to monitor SENTRY censuses to ensure that a minimum of 40% of designated inmates have a Public Safety Factor for sex offense history (PSF=F).

Maintaining a target percentage of inmates with sex offense histories in the general population will: 1) create an institution climate of safety for sex offenders, thereby reducing the number of inmates requesting protective custody, and 2) create an institution climate supportive of voluntary participation in sex offender treatment and education programs.

The current general SOMP participation assignment (SOM ADM) will be eliminated. Revised SENTRY assignments, corresponding to the program components listed above, will be outlined on the Psychology Branch Sallyport webpage in the near future.

**Referral Procedures**: Cases requiring non-voluntary program components (Precertification Review) will be referred by institutions for redesignation to SOMPs at the direction of the CRP upon completion of an initial review of the case. Inmates deemed as requiring specialized correctional management services may also be redesignated to SOMP institutions to receive a correctional management plan.

In addition, cases will be identified as "high risk" by sex offender classification specialists at the Designations and Sentence Computation Center (DSCC). These cases may receive

initial designation to SOMP institutions to permit access to programming components available at those facilities.

Inmates may also be redesignated to SOMP institutions to achieve population target percentages as specified above. Inmates requiring redesignation to receive a precertification review will always receive priority transfer to a SOMP institution.

**Institutions should not initiate SOMP referrals for inmates with a history of sexual acting out while incarcerated.** Management of this problematic population is not intended as a mission component of SOMP.



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center Devens*

PO Box 880
Ayer, MA 01432

# Sex Offender Management Program
## Inmate Handbook
### February 12, 2007

## Introduction

This Handbook applies to you if you have been assigned to the Sex Offender Management Program (SOMP) at the Federal Medical Center, Devens, Massachusetts. This Handbook is designed to describe the goals and philosophy of the program, the various components of the program, the expectations for behavior of program participants, and the potential incentives for participating and/or consequences of not participating in the program.

## Description and Philosophy of the Program

The Sex Offender Management Program (SOMP) was established in 2004 at the Federal Medical Center (FMC) in Devens, Massachusetts. The SOMP is a mandatory program assignment for inmates at FMC Devens who have been identified as sex offenders with a Public Safety Factor (PSF), and whose security classification is LOW or MEDIUM. Inmates admitted to the SOMP remain in the program throughout their incarceration at FMC Devens, unless the Warden determines the inmate may be removed from the program.

The primary goal of the SOMP is to help sexual offenders manage their behavior in order to reduce sexual re-offending. The program adheres to the philosophy that, in most cases, criminal sexual behavior can be effectively managed through intensive supervision and competent treatment. Similarly, the SOMP adheres to the idea that, while sexual deviance disorders are influenced by biological, social, and psychological factors, individuals have the choice of whether or not to engage in criminal sexual behavior. The program encourages its participants to change their criminal lifestyle and become honest, responsible, and law-abiding citizens with effective self-control skills.

The SOMP recognizes that sex offenders enter the criminal justice system with varying levels of denial and motivation. The SOMP seeks to evaluate the treatment and supervision needs of all eligible inmates, and offer and/or recommend specialized sex offender management and treatment services in accordance with those needs.

GOVERNMENT EXHIBIT
7-B
09-CR-155

08/08/2008   12:49PM  (GMT-07:00)

## Admission Criteria

Inmates who meet the following criteria may be assigned to the SOMP:

1. The inmate must have been assigned the Public Safety Factor of Sex Offender pursuant to Bureau of Prisons Program Statement 5100.08;

2. Ordinarily, the inmate must have been classified as Low or Medium security pursuant to Bureau of Prisons Program Statement 5100.08. Other security inmates may be admitted at the discretion of the Bureau.

3. The inmate is in need of greater supervision or management based on an examination of the inmate's characteristics, including, but not limited to, the circumstances of any sex offense(s), criminal and social history, and institutional behavior.

## The Management Program

The SOMP is an institution-based program. Program participants are not segregated from the general population. SOMP participants routinely have direct contact with general population inmates, as they use the same housing, dining, educational, medical, recreational, and religious facilities. Inmates participating in the SOMP are expected to work like all general population inmates in the Bureau of Prisons, and are encouraged to participate in activities and programs that promote personal growth and development outside of the SOMP (e.g., education, vocational training).

The SOMP is comprised of four interrelated components: assessment, management, treatment, and release planning:

**Psychosexual Assessment:** A psychological evaluation and risk assessment is completed for all inmates in the SOMP during the course of their management in the program. The assessment component may consist of a series of interviews, questionnaires, psychological tests, and physiological assessment. Participants may be assessed in three areas: intelligence and cognitive functioning, personality and psychopathology, and psychosexual functioning. Measures of sexual arousal (i.e., plethysmograph) and lie detection (i.e., polygraph) may also be recommended. The results of this ongoing, comprehensive evaluation process will be used to make appropriate recommendations for institutional and/or community management, supervision, and treatment.

**Correctional Management:** Inmates in the SOMP are required to comply with all the rules and regulations governing inmate conduct as defined by the Federal Bureau of Prisons. Failure to follow BOP rules and regulations is subject to disciplinary action. SOMP participants must refrain from behaviors that can contribute to future sex offending behavior (e.g., using materials that promote sexual exploitation of others). Failure to follow the requirements of the SOMP may also result in disciplinary action for refusing to accept a program assignment. Any institutional conduct, including disciplinary infractions and behaviors with the potential to contribute to future sexual offending, may be used in the clinical assessment of a SOMP inmate's risk of re-offense.

Inmates in the SOMP are expected to follow the following Code of Conduct:

1. *Dress Code.* All SOMP participants must adhere to FMC Devens's Dress Code at all times. Unless otherwise ordered (i.e., for a visual search), SOMP participants must be fully clothed in the presence of staff.

2. *Inappropriate Materials.* To promote accountability and personal responsibility, staff routinely search the cells of all inmates. The Warden has established that, for SOMP inmates, contraband includes items which may be used to further a program participant's sexual deviance (see below). Possession of these items by a SOMP participant could result in disciplinary action. Since different rules on contraband apply to non-SOMP inmates, SOMP inmates must avoid possessing SOMP prohibited items in common areas. The following items are considered contraband for SOMP inmates, as items constituting sexual risk factors (i.e., have the potential to contribute to future sexual offending):

    a. Any type of pornographic or sexually explicit material such as photographs, drawings, and written materials;

    b. Any photograph or "cut-out" from any publication of a nude or partially nude adult or child;

    c. Pictures/drawings of nude adults and/or children;

    d. Any sexual apparatus or paraphernalia;

    e. Any publication or photograph depicting physical abuse or sexual violence;

    f. Any obvious collection of photographs, pictures, or drawings depicting any individuals in sexually explicit or suggestive poses or situations;

    g. Any material that depicts, describes, or encourages activities which may lead to violence, sexual crimes, or exploitation; and,

    h. Any other material that, in the clinical opinion of SOMP staff, is considered to have the potential to contribute to future sexual offending behavior.

3. *Correspondence.* To ensure public safety and institution security, inmate use of mail and the telephone is monitored. SOMP inmates are expected to refrain from attempting to correspond or corresponding with victims or potential victims. SOMP inmates are also expected to refrain from corresponding with individuals who, or organizations that, clearly condone the exploitation of others. Corresponding or attempting to do so in violation of this paragraph could result in disciplinary action.

All inmates are expected to follow BOP disciplinary policy. Some behaviors authorized generally for inmates may be unauthorized for SOMP inmates due to their potential contribution to future sex offending. These behaviors are considered risk-relevant, and are not advisable for a SOMP participant to engage in. In addition to possible disciplinary action, SOMP clinical staff may provide therapeutic guidance on the risks of engaging in such behaviors (e.g., they may contribute to increased risk of sexual re-offense). Moreover, an inmate's pattern of engaging in risk-relevant behaviors, and his response to staff

intervention. will be considered in assessing his risk, and in making recommendations for institutional and/or community management, supervision, and treatment.

Specialized correctional management will also be provided in the following areas:

1.  *Inmate Programs/Jobs.*   Inmates are expected to follow Unit Team recommendations with regard to inmate programs and jobs. SOMP staff may provide input into the appropriateness of certain inmate programs and jobs.

2.  *Visitation.* Inmate visitation will be monitored to prevent the sexual victimization of visitors. SOMP staff may provide input into the appropriateness of inclusion of certain persons on an inmate's visitation list.

For those inmates who are assessed as posing a particular sexual risk to other inmates or staff and/or who have demonstrated a pattern of risk-relevant behaviors, SOMP staff may develop a Correctional Management Plan (CMP). The CMP formally informs the inmate of particular correctional management strategies that will be employed in his case to ensure the safety of staff and inmates and the security of the institution. The CMP may also include treatment and other program recommendations. The CMP is individually tailored based on the degree of risk the inmate poses as well as his particular risk factors. The contents of an inmate's CMP may change over time, in conjunction with changes in risk level. A SOMP participant has access to his CMP, is informed that his adherence to the CMP will be closely monitored, and is held accountable for adhering to its contents. Failure to adhere to the content of the CMP may result in an incident report and disciplinary sanctions.

**Treatment:** While the focus of the SOMP is not treatment per se, SOMP staff may make treatment recommendations for SOMP participants. If an inmate meets eligibility criteria and volunteers for one of the BOP's intensive sex offender programs (the Sex Offender Treatment Program [SOTP] ), the inmate may be referred to that program. Inmates incarcerated at FMC Devens may be encouraged to participate in the following sex offender-specific psychology programs:

1.  **The Sex Offender Education Program.** Inmates in the SOMP may be recommended for participation in the Sex Offender Education Program, a manual-assisted basic education program designed to promote acceptance of responsibility, awareness of the harm of sexual victimization and victim impact, and education about relapse prevention concepts. The Sex Offender Education Program is provided by Psychology Services staff. Psychology Services staff monitor each inmate's participation in the Sex Offender Education Program.

2.  **Non-residential Sex Offender Treatment .** While the SOMP is primarily a correctional management program, non-residential sex offender treatment may be available for psychologically suitable inmates who are not eligible for the SOTP. Non-residential treatment is significantly less intensive than the model of treatment offered in a SOTP. Non-residential treatment may consist of group therapy and/or

individual therapy.

3.      **Psychiatric treatment.** Psychiatric treatment with medications may be considered on an individual basis to address symptom-related concerns.

**Community Release Planning:** This essential component of the program is intended to help program participants maintain therapeutic gains and successfully achieve re-integration into the community upon release from prison. The SOMP staff and Unit Team collaborate to develop a sound release plan for the program participant that includes possible placement in Residential Reentry Centers (RRC), as well as recommendations for appropriate post-release housing, employment, community-based treatment, and community supervision.

Prior to the program participant's release from FMC Devens, SOMP clinical staff prepare a comprehensive discharge packet. This packet is sent to the United States Probation Officer (USPO) upon the inmate's discharge from the program. The discharge report consists of a psychosexual evaluation, summarizes the inmate's course of management in the SOMP, and contains recommendations regarding the intensity of community supervision and monitoring that generally address the areas specific to the offender's sexual deviance and risk (e.g., contact with minors, polygraph testing, treatment recommendations, employment restrictions, Internet restrictions, etc.). The discharge packet is mailed to the USPO approximately 30 days prior to the inmate's release to the community. Prediction of risk of re-offending is developed through observation, interview, file review, and clinical judgment. In compliance with Bureau of Prisons' policies, the sex offenders in the SOMP are referred to community-based sex offender programs upon their release, and may be subject to notification to state or local law enforcement and Sex Offender Registration officials in the district of release.

## Incentives for Participating in the SOMP

Although the SOMP is a mandatory program assignment, some program components (i.e., completing psychological tests, participating in psycho-education classes, participating in non-residential therapy) are voluntary. SOMP inmates are encouraged to participate in recommended voluntary program components, and are offered the following incentives:

1.      Participation provides an opportunity for self-improvement.
2.      A Certificate of Completion is given to inmates who satisfactorily complete the psycho-education component. This certificate is forwarded to the Unit Team for placement in the inmate's Central File.
3.      Active participation in the SOMP is considered by the Unit Team in recommending the inmate for transfer to a RRC. Conversely, poor cooperation or failure to participate may curtail RRC placement.
4.      Inmates who actively follow SOMP recommendations may be viewed as motivated for change, a factor associated with better prognosis and decreased risk for re-offense. Conversely, failure to follow SOMP recommendations may be viewed as indicative of a lack of motivation for behavior change, a factor associated with poorer prognosis and increased

risk of re-offense. Thus, the extent to which an inmate follows SOMP recommendations may modify his risk assessment.

## Sanctions for Non-compliance with SOMP Requirements and Expectations

1. Failure to follow SOMP recommendations may also result in the following sanctions:
   a. Inmate Performance pay not to exceed the Maintenance pay level.
   b. Assignment to the least preferred housing available.
2. Specific violations of the mandatory program requirements are subject to the Inmate Disciplinary Process.

## Confidentiality

By receiving a copy of this Handbook, SOMP participants are informed of the limits of confidentiality, as defined by the Bureau of Prisons' Psychology Services Manual. With regard to their management in the SOMP, the usual doctor/patient relationship does not exist with SOMP staff. Information obtained by Bureau staff is not confidential and could be used for risk management purposes. Bureau staff or other law enforcement agencies have access to a SOMP participant's records on a need-to-know basis, such as when there is potential harm to self or others, when the security of the correctional institution is threatened, or when there is suspected child abuse. In addition, SOMP participant's records will be summarized in a written report to the United States Probation Officer and/or State Probation Officer who will be supervising the inmate in the community. SOMP records may be used by the Bureau to refer an individual's case to the Court for its determination regarding whether an individual is a sexually dangerous person.

## Removal from the SOMP

Normally, an inmate assigned to the SOMP will remain in the SOMF until his release from prison. Program participants do not "graduate" from the program because sex offender management is viewed as an ongoing process that continues well beyond an individual's release from prison. Progress in the program is task-based, not time-based. Progress is measured in terms of completion of management and treatment goals. Length of time in the program, by itself, does not constitute therapeutic progress or accomplishment. The Warden has the discretion to decide whether to remove an inmate from the SOMP. The reason for removal will be documented in the Central File, and the inmate may be referred for a transfer to another institution.

## The Staff

The SOMP staff is comprised of the following individuals:

| | |
|---|---|
| C. Renaud, Ph.D., SOMP/SOTP-R Coordinator | M. Ferraro, Ph.D., SOMP Psychologist |
| A. Jaszkowiak, Psy.D., SOTP Psychologist | M. Kriezis, MSW, SOTP Specialist |
| H. Lindgren, M.A., LMHC, SOMP Specialist | B. Loding, Ph.D., SOTP Psychologist |
| M. Pherson, M.A., SOTP Specialist | D. Schoeller, Psy.D. SOTP Psychologist |
| B. Thibault, M.A., LMHC, SOMP Specialist | Pre- and Post-doctoral Interns |

All inquiries about the SOMP should be directed to the SOMP/SOTP-R Coordinator:

Cheryl A. Renaud, Ph.D.
Psychology Department
FMC Devens
Tel: (978)796-1000

08/08/2008   12:49PM (GMT-07:00)

## INMATE'S ACKNOWLEDGMENT OF REVIEW OF SOMP HANDBOOK

I acknowledge that I have read the SOMP Handbook, and was given an opportunity to ask questions about my participation in this program. I acknowledge that I may request a copy of this Handbook, or to have additional opportunities to read the Handbook, by submitting to the SOMP Coordinator, an Inmate Request to a Staff Member ("copout").

| | | |
|---|---|---|
| Inmate's name | Registration Number | Date |

| | | |
|---|---|---|
| Staff Member | Title | Date |

# Sex Offender Treatment Program- Residential

# Participant Orientation Handbook

(revised November 2008)



## Federal Medical Center Devens

## The Staff

The SOTP-R staff is comprised of the following individuals:

C. Renaud, Ph.D., SOMP/SOTP Coordinator
R. Domas, SOTP Psychology Technician
A. Jaszkowiak, Psy.D., SOTP Psychologist
H. Lindgren, M.A., LMHC, SOMP Specialist
B. Loding, Ph.D., SOTP Psychologist
M. Pherson, M.S., SOTP Specialist
D. Schoeller, Psy.D., SOTP Psychologist
J. Theobald, Psy.D., SOTP Psychologist
B. Thibault, M.A., LMHC, SOMP Specialist
Post-doctoral Fellows
Pre-doctoral Psychology Interns
Practicum Students



GOVERNMENT
EXHIBIT
2-9
09-CR-155

# DESCRIPTION AND PHILOSOPHY OF THE PROGRAM

The residential Sex Offender Treatment Program (SOTP-R) was established at the Federal Medical Center (FMC) in Devens, Massachusetts, in 2007. The SOTP-R is an intensive, voluntary 112-bed residential therapeutic program for male sexual offenders in the Bureau of Prisons. The program employs a wide range of cognitive-behavioral and relapse prevention techniques to treat and manage sexual offenders. The primary goal of the SOTP-R is to help sexual offenders manage their sexual deviance in order to reduce sexual recidivism. The program adheres to the notion that, while there is probably no permanent cure for paraphilic disorders, criminal sexual behavior can be effectively managed in most cases through competent treatment and intensive supervision. Similarly, the SOTP-R adheres to the notion that, while sexually deviant disorders are influenced by biological, social and psychological factors, criminal sexual behavior is largely a volitional act.

The SOTP-R recognizes that sex offenders enter treatment with varying levels of denial and motivation. However, in managing limited resources for many sexual offenders, the SOTP-R is designed to help individuals who want to help themselves and who are committed to permanent behavioral change. The treatment program encourages its participants to change their criminal lifestyle and become honest, responsible, and law-abiding citizens with effective self-control skills. The treatment program is task-based, not time-based. Progress is measured in terms of completion of treatment goals and maintenance of therapeutic gains. Length of time in the program, by itself, does not constitute therapeutic progress or accomplishment. Program participants do not "graduate" from the treatment program because treatment is viewed as a lifelong endeavor which must continue long after offender's release from prison.

## The Residential Treatment Program
The SOTP-R is currently housed in G-A Unit, a general population housing unit of FMC Devens. The residential program is not segregated from the general population. Program participants have direct contact with general population inmates, as they use the same dining, educational, medical, recreational, and religious facilities. Historically, sex offenders at FMC Devens have experienced

comparatively low levels of threat to personal safety. Generally, SOTP-R participants feel comfortable and are able to participate in therapeutic activities without imminent or significant danger to personal safety.

Program participants are expected to work as all general population inmates in the Bureau of Prisons, and are encouraged to participate in activities and programs that promote personal growth and development outside of the SOTP-R (e.g., education, vocational training). However, program participation is of paramount importance, and SOTP participants are expected to schedule their work assignment and appointments around SOTP treatment activities, as much as practicable.

The length of treatment in the program varies depending on the rate of progress exhibited by the participant, taking into consideration the length of time remaining on the inmate's sentence, the date of arrival to FMC Devens, and SOTP-R's waiting list. The length of treatment for the average participant is approximately 18 months. Generally, admission to the program is granted no later than 24 months prior to the inmate's Projected Release Date, to allow sufficient time for transfer to a Residential Re-entry Center after program completion, if indicated. The SOTP-R is broken down into 3 phases: Treatment Readiness & Assessment, Skill Development & Treatment, and Community Reintegration.

> Treatment Readiness & Assessment: The Readiness component of the program orients the program participant to all aspects of the program and introduces him to the concepts of therapeutic community. Inmates participate in a series of orientation sessions about the program, the benefits of treatment, the expectations of staff and the standards of conduct for all program participants. Participants are also introduced to many of the main concepts utilized in the program (e.g., Understanding thinking errors and distortions). In this phase, inmates attend and begin to participate in community meetings.

> During this phase, participants also participate in a psychosexual evaluation. This component consists of a series of interviews, questionnaires, psychological test batteries, and physiological assessment. Participants are assessed in three domains: intelligence and cognitive functioning, personality and psychopathology, and psychosexual functioning. All

participants will undergo plethymograph examination.

Skill Development & Treatment: This component of the program is comprised of milieu therapy, psychotherapy in various treatment modalities, and participation in structured psycho-educational programs focussing on management of sexual deviance through skill building. Psychiatric treatment with medications may be considered on an individual basis to address symptom-related concerns. In addition to individually tailored goals, each program participant is expected to acquire and demonstrate:

1. Remorse and guilt for the sexual crime(s) he committed
2. Complete acceptance of responsibility for the sexual crime(s) he committed
3. Recognition of his deviant sexual arousal and sexual offense pattern(s)
4. Control and management of his deviant sexual arousal and behaviors
5. Improvement in his ability to manage negative emotions
6. Genuine empathy for his victim(s)
7. Improvement in his social skills and overall interpersonal functioning
8. Knowledge of relapse prevention skills

Treatment is implemented using the following modalities:

1. *Group psychotherapy*
   Inmates are assigned to groups of approximately eight to ten program participants. Psychotherapy groups meet once or twice per week. Each group is led by doctoral level psychologists, master level therapists or pre-doctoral psychology interns. During group therapy, program participants are encouraged to honestly discuss their sexual offense history, behavioral patterns, thinking errors or cognitive distortions, difficulty empathizing with victims, and other personal issues. Program participants are encouraged to help each other by providing helpful and constructive feedback, support, and confrontation.

2.    *Individual psychotherapy*
      Each SOTP-R participant is assigned an SOTP-R staff member as his
      primary clinician. The primary clinician is responsible for completing
      the participant's psychosexual evaluation, developing and updating
      his SOTP-R treatment plan, and helping the participant progress
      through the program adequately.  While most of the treatment
      activities in the SOTP-R occur in a group format, individual therapy
      may be provided on an "as-needed" basis.  The goals of individual
      therapy are to supplement other treatment activities, to assist in the
      process of treatment, implement specific cognitive-behavioral
      treatments and relapse prevention techniques, and address other
      individual concerns or symptoms.

3.    *Psycho-educational programs*
      Inmates participate in weekly psycho-educational programs presented
      by the treatment staff.  The primary goal of this component of
      treatment is to develop or enhance specific skills required to maintain
      therapeutic gains and successfully achieve lifestyle change.  This
      component of the program is divided into six, 8-week sessions.  The
      entire psycho-educational component requires approximately 52
      weeks to complete.  SOTP-R participants receive programs on a
      variety of relevant subjects such as:

      a.    Communication and problem-solving skills
      b.    Management of stress and negative emotions
      c.    Victim empathy and victim impact
      d.    Sexual self-regulation
      e.    Intimacy skills training
      f.    Relapse Prevention

4.    *Psycho-educational laboratory*
      Inmates participate in weekly meetings to collectively discuss and
      complete homework assignments generated in their psycho-
      educational programs.

5.    *Community meetings*
      Inmates participate in weekly community meetings designed to

promote adherence to the standards of conduct and other behavioral norms. These meetings are intended to provide information, allow program participants to publicly acknowledge and support one another, and an opportunity for the offender to re-affirm his commitment to a crime-free lifestyle.

6.    *Discussion groups*
      Inmates participate in weekly group discussions focussing on treatment-related topics and reading assignments.

7.    *Additional groups*
      Additional groups (e.g., Anger Management) may be implemented as needed for some SOTP participants.

8.    *Search of cells/Screening of contacts with the public*
      To promote accountability and personal responsibility, treatment staff routinely search the cells of program participants for the presence of contraband and other prohibited risk-relevant items. Violations of BOP policies and the SOTP-R's Standards of Conduct result in disciplinary action and programmatic sanctions.

      SOTP staff also screen the incoming and outgoing mail, telephone calls, and other forms of contact with the public (e.g., penpal requests, mail order brides, charitable contributions), to promote accountability and personal responsibility.

Community Re-integration: Upon completion of the psycho-education series, inmates transition into the Community Re-integration phase of the program. This essential component of the program is intended to help program participants maintain therapeutic gains and successfully achieve re-integration into the community upon discharge from the SOTP-R.

During this phase, participants continue to attend Community Meetings, Process Groups, and Discussion Groups. They also attend a Community Re-integration group, where they address challenges of community reintegration and family reunification. Participants remain in this group until they complete the SOTP-R. Within this phase, participants develop,

Case 1:09-cr-00155-JBW   Document 140-2   Filed 05/16/11   Page 26 of 48 PageID #: 1826

review, and improve their relapse prevention plans, and identify a network of people in the community who can assist them in remaining offense free. Part of the community re-integration phase may also involve a transition to another housing unit, while still participating in structured treatment activities on the SOTP-R unit.

During this phase, the SOTP-R staff and Unit Team collaborate to develop a sound release plan for the program participant that includes appropriate post-release housing, possible placement in Residential Re-entry Centers (RRC), as well as recommendations for employment, community-based treatment, and community supervision. Program participants are encouraged to take an active role in planning their release to the community.

Prior to the program participant's release from prison, the treatment staff prepare a comprehensive discharge packet. This packet is sent directly by the treatment staff to the appropriate United States Probation Officer upon the inmate's discharge from the program. The discharge report contains risk-contingent recommendations regarding the intensity of community supervision and monitoring and generally address the areas specific to the offender's sexual deviance and risk (e.g., contact with minors, polygraph testing, treatment recommendations, employment restrictions, Internet restrictions, etc.). The discharge packet is mailed to the USPO approximately 30 days prior to the inmate's release or 45 days following him expulsion from the program. Risk prediction is implemented by integrating the scores from actuarial risk assessment instruments with clinical judgment. In compliance with Bureau of Prisons' policies, the sex offenders in the SOTP-R are referred to community-based sex offender programs upon their release, and they are subject to notification to state or local law enforcement and Sex Offender Registration officials in the district of release.

## Standards of Conduct
Program participants are expected to adhere to a higher standard of conduct in order to continue their good standing within the program. This not only requires that program participants comply with all rules and regulations governing inmate conduct as defined by the Federal Bureau of Prisons, but also adhere to standards of conduct consistent with individuals who are committed to permanent abstinence

from deviant sexual behavior. Violation of BOP policy, SOTP-R Standards of Conduct, or failure to progress in treatment may result in programmatic probation, incident reports, and/or immediate expulsion from the program. Adherence to BOP policy and the SOTP-R Standards of Conduct is an integral component of treatment. Program participants' behavior must always evidence strict observance of these policies and guidelines. Learning to live by rules and standards of conduct is critical to success in treatment.

## Removal from the SOTP

If the inmate declines to participate in the required components of the SOTP-R, or is determined to be inappropriate for continued placement in the program (due to lack of motivation, rigid denial, or other impeding factors), he will be expelled from the SOTP-R and be promptly removed from the treatment unit by the Unit Team. The reason for removal will be documented in the Central File, and the inmate may be referred for return to his "parent facility" as a program failure.

# SOTP-R
# MISSION STATEMENT

## *Mission*

The Mission of the SOTP-R is to help men lead healthy,
balanced, offense free lives.

## *Guiding Principles*

The program is based on the following principles:

1.  Honesty - both with self and with others.
2.  Integrity - in all things, all the time.
3.  Empathy - for all people.
4.  Responsibility - for choices made, with accountability
    for actions taken.
5.  Dedication - to real change in past thinking and
    behavior; to daily management of sexual deviance;
    and to an ongoing lifestyle of balanced, offense free
    living.

Proposed by SOTP participants
Modified & Approved by SOTP staff

# STATEMENT OF PERSONAL RESPONSIBILITY

1. TODAY I CHOOSE TO BE HONEST IN ALL THAT I SAY AND DO.

2. TODAY I CHOOSE TO DO THE RIGHT THING, WHETHER SOMEONE IS WATCHING OR NOT.

3. TODAY I CHOOSE TO MANAGE MY SEXUAL DEVIANCE.

4. TODAY I CHOOSE NOT TO HARM ANYONE.

5. TODAY I CHOOSE TO TAKE INTO ACCOUNT OTHER PEOPLE'S FEELINGS AND NEEDS BEFORE I ACT.

Established by SOTP participants
Modified & Approved by SOTP staff

# SOTP-R
# STANDARDS OF CONDUCT

It is each SOTP-R participant's personal responsibility to adhere to the SOTP-R standards of conduct. In addition, as a member of a treatment community it is each SOTP-R participant's responsibility to assist other participants in adhering to the SOTP-R standards of conduct. This may include addressing violations of the standards during treatment activities such as community meeting, process group, etc, and informing SOTP-R staff.

## DEFINITIONS

**PROGRAM DAY** The "Program Day" is 7:30am - 4:00pm Monday through Friday, excluding holidays.

**DESIGNATED PROGRAM TIME** Your "Designated Program Time" is either 7:30am - 11:00am (AM Community) or 12:30pm - 4:00pm (PM Community).

## CONFIDENTIALITY
*Confidentiality is most important for your safety and others and for the success of the program.*

Confidentiality ensures your safety, the safety of others, and it protects the integrity of the program. It is essential to protect the confidentiality and privacy of everyone in the program. Personal information about other program participants is not to be shared with anyone. Violations of confidentiality may result in programmatic probation or expulsion.

Confidentiality continues even beyond the end of your program, whether you complete the program, you are expelled or withdraw from the program, are transferred to another institution, or release to the community.

For your safety, sharing information regarding your own personal issues with inmates not enrolled in the SOTP-R is discouraged.

Confidentiality rules cover not only verbal information, but also program materials such as books, handouts, or notes. Details about the program structure, such as start dates, program participants, logistics, cell assignment changes, should not be disclosed to inmates not enrolled in the SOTP-R.

Additional confidentiality rules may be set up for Process Group or Psycho-educational class participants.

Do not disclose your sexual history or offense history with other program participants until you are informed of staff guidelines for disclosing this information.

## INAPPROPRIATE BEHAVIORS
*Some behaviors are not tolerated in the SOTP-R as they are highly detrimental to the treatment community and/or to treatment progress.*

The following behaviors or activities will not be tolerated in the SOTP-R community (some of the following behaviors are in violation of BOP rules, and are reiterated herein for emphasis).

1.  Engaging in sexual acts;
2.  Using violence or making threats of violence;
3.  Grooming other inmates for sexual behavior;
4.  Using coercion or intimidation to manipulate others;
5.  Stealing from other inmates or the Institution. This includes stealing food from the Dining Hall (or other material from any Institution office).
6.  Possessing, distributing, or creating any of the prohibited materials outlined in the SOTP-R Media Guidelines (outlined in another part of this Handbook);
7.  Gambling;
8.  Participating in "hustles," or perpetuating the demand for other inmates' hustles. This includes buying stolen goods or food. This also includes buying "services" from other inmates, or receiving things of value from other inmates for your services;
9.  Breaking Confidentiality;
10. Disclosing sexual history or offense history, or discussing others' history in violation of Staff guidelines.
11. "Putting down" others because of their sexual deviance, sexual history,

sexual orientation, race, culture, or religious beliefs;

12.    Engaging in behaviors that place others at risk or suggest the intent to re-offend (e.g., grooming potential victims though use of the mail; corresponding with individuals who condone sexual exploitation).

## SANITATION & HYGIENE

*Good personal hygiene and sanitation are necessary in order for a therapeutic community to work effectively. They are a measure of respect for yourself and others.*

You are expected to maintain proper hygiene by regularly showering, brushing your teeth, and washing your clothes and bed linens.

You are expected to shower before the beginning of the Program Day, or after the conclusion of the Program Day. Any exceptions must have prior approval by SOTP-R staff.

Wash your hands after using the bathroom.

Clean up after yourself, especially in common areas like the bathroom, showers, microwave, ice machine, and TV/game rooms. Do not leave food or hair in the sink.

You must be fully dressed and well-groomed by 7:30am on Program Days. This rule applies even if you have a medical idle.

You are expected to be out of bed and awake between 7:30am and 4:00pm on Program Days. During the Program Day, you may sit on your bed, but you may not lay down (unless you have a medical idle, and SOTP-R staff have approved you laying down).

Your cell must be inspection-ready by 7:30am on Program Days and must remain inspection-ready throughout the Program Day. This means your bed is properly made, personal items properly stored, and cell is clean.

## DAILY LIVING/MISCELLANEOUS
*Daily Living rules are set up to foster "respect" for others, to create a decent civilized community, to prevent problems from arising, and to minimize conflict.*

You are responsible for reading the Inmate Admissions and Orientation Handbook, the SOTP-R Standards of Conduct, SOTP-R Treatment Community Rules, Television Viewing Guidelines, and Library Book/Magazine/Newspaper/ Movie Procedures.

Television viewing in the SOTP-R is covered by detailed guidelines. Read and understand the TV Viewing Guidelines before watching television or voting for TV programs.

Do not look through or remove magazines or newspapers that have been discarded in the trash or recycling bin. Do not loiter at the recycling bin.

You should not share magazines, books, or newspapers unless in the presence of the owner, or unless the magazine, book, or newspaper has been reviewed by the Media Committee. Follow the approved process for donating books, magazines, and newspapers.

Use good judgement when checking out books from the institution library. You are responsible for the content of the material you read and keep in your locker.

Consult with the SOTP-R Movie Committee before you view movies in the institution library.

Engaging in fantasy/role-play games such as Dungeons and Dragons is not permitted for SOTP-R participants at any time.

Quiet hours are before 7:30am on weekdays and before 10:00am on weekends, and after 10:00pm on weekends and weekdays. After 10:00pm you are not to play cards or games except in designated activity rooms.

Lights out at 10:00pm. Individuals should be quiet and in their cells by 10:00pm.

No microwave use before 6:00am or after 10:00pm

No showering before 6:00am or after 10:00pm.

No laundry before 6:00am or after 10:00pm.

No TV before 6:00am or after 10:00pm.

Be in your cell and ready for count prior to count time. Don't wait until after the officer says "Count" to go back to your cell.

When changing clothes, use good judgement. Do not expose yourself unnecessarily.

If sleeping in shorts or boxer shorts only, you should be covered by a sheet or blanket.

When outside your cell, including walking to and from the shower, you must wear, at a minimum, a shirt and either khaki white pants, athletic shorts, or sweat pants. It is not acceptable to wear only underwear (including Boxer shorts) or a bath towel, to and from the bathroom. Bathrobes are permitted if you are fully covered.

Do not engage in any one activity in excess, including TV viewing, game playing, reading, sleeping, exercising, etc.

Attend mail call every day unless you are on medical idle or cannot attend due to work or a visit. You are expected to be quiet during mail call and not distract others by roaming around or opening mail until mail call is over. Only collect your mail.

Mattresses and lockers may not be removed from their assigned areas.

Do not wash blankets or shoes in the Unit. Exchange blankets at Laundry.

Do not loiter or make noise near staff offices or treatment rooms.

Bring your chair into the common areas (e.g., TV rooms) no sooner than 15

minutes before you intend to use it (e.g, to watch television).

Address others respectfully. Do not use nicknames. Use titles and Surnames.

### PROGRAM DAY

*During the Program Day, some activities are not allowed, so as to not disrupt your program and others' program.*

During the Program Day, you may not nap. During the Program Day, you may sit on your bed, but you may not lay down. Exceptions will be made for valid medical idles, and only with prior approval of SOTP-R staff.

During the Program Day, you may only wear hats/head wear that is approved for religious purposes (baseball caps, wool hats, or do-rags may not be worn inside the Unit).

During the Program Day, wearing sunglasses indoors is not permitted, unless approved by Medical and SOTP-R staff.

During the Program Day, telephones are not to be used, except during lunch (from 11:00am-12:30pm). Telephone use is on a first come-first serve basis.

During the Program Day, television viewing is not permitted.

During the Program Day, use of the unit exercise equipment/games is not permitted.

During the Program Day, showering is not permitted unless you are returning from a work detail <u>and</u> you have obtained prior approval by SOTP-R staff.

During the Program Day, cooking food, reheating leftovers, or popping popcorn is not permitted, except during lunch (11:00am – 12:30pm). Be considerate of others by refraining from cooking/reheating foods emitting strong odors. Heating water for coffee or tea is allowed any time.

During the Program Day, playing board games or cards is not permitted.

During the Program Day, do not create excessive noise, or participate in any activity that disrupts others' programming.

During the Program Day, you must be dressed in full khaki or white uniform, as outlined in the approved FMC Devens inmate dress code. Your clothes are expected to be clean, relatively wrinkle-free, and should include underwear, socks, pants, shirt tucked in and buttoned, and tennis shoes or boots. Sweatshirts or thermal underwear may be worn underneath your uniform. During the Program Day, FMC Devens approved exercise/gym attire is permitted only when moving to and from recreation.

During the Program Day, but not during your Designated Program Time, you may listen to your radio if you are off work, and if the volume does not disrupt others' programming.

During the Program Day, but not during your Designated Program Time, Trulincs computer terminals may be used per FMC Devens rules. Use of Trulincs computer terminals is on a first come-first serve basis.

If your day off work falls during a regular Program Day, you may read non-SOTP-R books, magazines, newspapers, class work, etc. as long as it doesn't disrupt others' programming, and it is not during your Designated Program Time.

## DESIGNATED PROGRAM TIME
*Your Designated Program Time must be spent programming.*

During your Designated Program Time, you are expected to be directly involved in behaviors that are related to your treatment goals. During your Designated Program Time, if you are not participating in a structured program activity such as a Community Meeting, Process Group, Discussion Group, or Psycho-educational Class, you are expected to work on program assignments, engage other program members in discussing your treatment issues (Always follow staff guidelines before discussing sexual history), or contribute to a positive therapeutic community by improving the sanitation of the unit.

SOTP-R program activities ordinarily take priority over other institution activities.

It is your responsibility to try to re-schedule any callouts scheduled during your Designated Program Time (exceptions will be made with prior approval by SOTP-R staff on a case-by-case basis and ordinarily only for medical consults). Work with Institution Staff and SOTP-R staff to resolve conflicts.

Personal Visits (i.e., with visitors on your approved visitor list), will typically have priority over program functions, however, it is your responsibility to try to coordinate visits so they do not conflict with scheduled program activities (i.e., process group, psycho-education classes, community meetings, etc).

During your Designated Program Time, you may participate in a solitary activity only if you have prior permission from staff, unless you are completing therapeutic homework assignments.

During your Designated Program Time, you are not allowed to read books, magazines, newspapers, or other non-SOTP-R materials.

During your Designated Program Time, Trulincs computer terminals are not to be used.

Voting for TV programs or reading TV guides is not program-related and therefore should not be done during your Designated Program Time.

During your Designated Program Time, you may not listen to your radio.

Do not bring food to program activities. You may bring a drink or hard candy to program activities as long as consuming these is not disruptive.

During your Designated Program Time, you must carry your SOTP-R card with you while in the Unit.

Proposed by SOTP participants
Modified & Approved by SOTP staff

# SOTP-R MEDIA GUIDELINES

SOTP-R participants are prohibited from viewing or possessing risk-relevant materials/media, including:

1. Any type of pornographic or sexually explicit material such as photographs, drawings, and written materials;
2. Any photograph or "cut-out" from any publication of a nude or partially nude adult or child;
3. Pictures/drawings of nude adults and/or children;
4. Any sexual apparatus or paraphernalia;
5. Any publication or photograph depicting physical abuse or sexual violence;
6. Any obvious collection of photographs, pictures, or drawings depicting any person in sexually explicit or suggestive poses or situations;
7. Any obvious collection of photographs, pictures, or drawings depicting children;
8. Any material that depicts, describes, or encourages activities which may lead to violence, sexual crimes, or exploitation;
9. Any media designed for children or featuring children as main characters;
10. Any materials or media that glorify criminal acts;
11. Any materials suggesting intent to access or groom potential victims, or to re-offend;
12. Any other material that, in the clinical opinion of SOTP-R staff, has the potential to contribute to future sexual offending behavior.

Personal responsibility - 4 questions to ask yourself about your media use:

1. Would I be uncomfortable if someone saw what I am looking at?
2. Is this something that fuels my or someone else's deviance?
3. Will my behavior be negatively affected by being denied access to viewing/reading the material?
4. Does my choice of media content give the appearance of impropriety?

*Risk-relevant items may vary for each individual according to treatment issues, offense history, sexual deviance, or sexual orientation. Some material may be inappropriate for you even if not pornographic. Examples of items that have been problematic for some men include GQ, FHM, Maxim, Curves, TV Guide, People, Sports Illustrated, or Newsweek.*

Proposed by SOTP participants
Modified & Approved by SOTP staff

# SOTP-R MEDIA COMMITTEES

Media committees consist of SOTP-R participants who assist the treatment
community in making appropriate decisions with regard to media use. There are 3
media committees:

1.  TV Committee
2.  Movie Committee
3.  Print Media Committee

## ACCOUNTABILITY PATTERNS

1.  Others need to be made aware of media/content that may fuel your deviance.
2.  You are responsible for what you view/read. The media committees are
    there to "hold up a mirror" for you to view your actions. They are put in
    place by you, for your own benefit.
3.  The media committees do not have authority over other program
    participants, but are advisory in nature.
4.  Any community member may question your motivation for your
    viewing/reading/listening choices.

## MEDIA COMMITTEE SERVICE

1.  Each committee consists of 10 members, assigned by SOTP-R staff
2.  Committee members serve for 8 consecutive weeks
3.  Every community member has an opportunity and a responsibility to serve
    on at least one media committee during the course of their treatment in the
    SOTP-R.

## TELEVISION COMMITTEE

1.   Viewing Schedule:
   a.   Monday thru Thursdays (except holidays)
      i.   6:00am-7:30am; 4:00pm (after count)-7:00pm
         (1)   1 television assigned to the Weather channel from
               4:00pm- 5:00pm, and to Spanish news (Univision, from
               5:00pm to 7:00pm)
         (2)   3 televisions for CNN and/or Fox News
      ii.   7:00pm-9:50pm
         (1)   Voted Viewing
   b.   Friday (Holiday Eves)
      i.   6:00am-7:30am
         (1)   1 television assigned to the Weather channel
         (2)   3 televisions for CNN and/or Fox News
      ii.   4:00pm (after count)-9:50pm
         (1)   Voted Viewing
   c.   Saturday, Sunday, Holidays
      i.   6:00am-9:50pm
         (1)   Voted Viewing

2.   Voted Viewing Procedures (Using TV Guide)
   a.   Majority vote determines viewing selection.  In case of a tie, cards
        will be drawn, with the highest card getting to watch their selection.
   b.   If you vote for a program and it gets on, you must watch the program
        except if you have an unscheduled visit or work call.
   c.   If you have seen the program before and don't want to watch it again,
        it is your responsibility to let the other viewers know so the votes may
        be recalculated.
   d.   The Media Committee will be responsible for providing the viewing
        schedule and tallying the vote.
   e.   Monday -Thursday:  votes must be cast by 5:00pm.
   f.   Friday - Sunday: votes must be cast by 5:00pm Thursday.
   g.   The SOTP Coordinator or designee can veto voted viewing
        selections.

Proposed by SOTP participants
Modified & Approved by SOTP staff

3.    Exceptional TV Viewing Opportunities
    a.    Occasionally, Executive staff authorize television viewing for "special" events (e.g., Playoffs; World Series).
    b.    During these times, only those "special" events may be viewed.

4.    Challenges
    a.    Any member may challenge the appropriateness of a program selection.
    b.    The challenger shall give his reason(s) for voicing his concern.
    c.    If a challenge is voiced, the viewing audience can choose to agree/disagree with the challenge.
    d.    If they agree, the program will be changed to the next highest voted program.
    e.    If they disagree with the challenge, the challenger may ask other members of the community for their opinion on the appropriateness of the program.
    f.    The other community members may/may not agree with the challenge.
        i.    Either way, the challenger may choose to write down the names of those viewing the program and confront them at the next community meeting.
        ii.    Any chronic abuse of viewing choices may result in staff sanctions/disciplines (member viewing may be suspended, etc.).

## PRINT MEDIA COMMITTEE

1.    Books, Magazines, Newspapers
    a.    Reviewed and edited magazines and newspapers may be made available to others.
    b.    Editing will be done by blacking out pictures of inappropriate material.
    c.    The Print Media Committee should use the guidelines for "risk-relevant material" outlined in this handbook.

Proposed by SOTP participants
Modified & Approved by SOTP staff

d.   Personal responsibility is key.
e.   Books, magazines, and newspapers may be donated to the SOTP-R library.
   i.   Once donated, materials will not be returned to the original owner (they are now SOTP-R property).
   ii.   Materials that discriminate against particular groups of people should not be accepted for the SOTP-R library.
   iii.   Books that have been reviewed by the Print Media Committee will be labelled as having been reviewed.

## MOVIE COMMITTEE

This committee is designed to assist SOTP participants make appropriate choices when selecting which movies to watch in other areas of the institution, to include the Education library, Religious Services, etc.

1.   Committee members are tasked with maintaining a catalogue of movie descriptions, and sharing information that will help SOTP-R participants avoid risk-relevant stimuli, and make healthy, responsible decisions.

2.   SOTP-R participants wanting to watch a movie in other areas of the institution (e.g., Education, Religious Services), should request to view the Movie Catalogue for a "review" of that movie.

3.   If that movie does not have a description in the catalogue, and members of the Movie Committee have not seen the movie to provide verbal input, the requesting program participant may watch the movie.

   a.   The program participant should use good self-regulation skills while watching the movie (e.g., not watch any parts that may be risk-relevant for him).

   b.   After watching the movie, the program participant must write a movie description for the catalogue, stating whether it is likely to be problematic for SOTP-R participants, and highlighting any "red flags."

4.   Program participants should challenge other program members who have viewed an inappropriate movie, or scene within a movie. This should be

Proposed by SOTP participants
Modified & Approved by SOTP staff

done in a manner similar to those outlined under the TV Committee subsection of this handbook.

## REMEMBER: PERSONAL RESPONSIBILITY IS UP TO YOU!

# SOTP-R COMMUNITY MEETING FORMAT

SOTP-R community members participate in weekly community meetings designed to promote adherence to the standards of conduct and other behavioral norms. These meetings, which are largely program participant driven, are intended to provide information, allow program participants to publicly acknowledge and support one another, and provide an opportunity for the individual to re-affirm his commitment to a crime-free, healthy lifestyle.

- One hour at the beginning of each of the AM and PM Designated Program Times (days to be determined)
- One Community Meeting, with all SOTP-R participants, will be held each month.
- Each meeting 3 community meeting conductors (Participants are eligible for these roles after the completion of the Readiness phase)

   Facilitator - rotates daily, alphabetically

   Note taker - rotates daily, alphabetically

   Timekeeper - rotates daily, alphabetically

## AGENDA

- Welcome by facilitator and community greeting
- Reciting of Community Statement of Principles
- Recognition of new/departing members
- Urgent issues
- Tabled issues / challenges
- Challenges of individual behavior
- Requests for help with a treatment issue / responsibility-taking

Proposed by SOTP participants
Modified & Approved by SOTP staff

- Issues from issue cards
- Motivational ritual
- Community announcements / Announcements by staff
- Closing - Statement of Personal Responsibility

## Conducting Community Meetings

1. Facilitators will have a guide to the community meeting format and content to assist them.

2. Members raise their hands to bring an issue or provide feedback so the timekeeper can recognize them and put them on the list.

3. Names are called by the facilitator in the order recognized.

4. The time keeper will ensure the meeting agenda is being followed and there is sufficient time for each component of the agenda.

5. The note taker will note which topics/issues are tabled for the following meeting.

6. Minutes will be given to staff by the note taker promptly for approval.

7. Facilitators emphasize that what is said in the meeting stays in the community prior to the close of every meeting.

### Welcome by facilitator and community greeting

1. For the opening greeting, verbal acknowledgement, handshakes, pat on back are all acceptable, per individual's preference.

### Recognition of new/departing members

1. New members give name, age, home town, instant offense, and hobbies/interests when introducing themselves at their first meeting.

### Requests for help with a treatment issue / responsibility-taking & Issues from

Proposed by SOTP participants
Modified & Approved by SOTP staff

**issue cards**

1.  Every member is expected to come to the meeting with at least one legitimate treatment issue they are working on.

2.  Individuals asking for help from the community and/or taking responsibility for inappropriate behavior, will allow others to provide feedback during the meeting. Individuals cannot decline to accept feedback.

3.  For treatment issues, members should bring real issues, not logistical complaints. Issues that can be directly related to one's deviance are preferred.

4.  Issues should be presented in a concise manner.

5.  At each meeting, some members will be randomly selected to present their current treatment issues.

6.  Members cannot refuse to state what issue(s) they are working on, if called upon.

**Challenges of individual behavior**

1.  Challenges regarding individual behavior should be helpful, not attacks.

2.  Any person challenged has the right to respond before feedback is provided.

3.  "Blind-siding" a person with a challenge is discouraged.

4.  On a challenge, members are discouraged from responding when receiving feedback.

**Giving Feedback**

1   Feedback should cite specific behavior that is considered problematic and specific suggestions for improvement (i.e., no prosecutions and no rhetorical questions).

2.  Feedback should be respectful.

3.  Feedback should be concise.

4.  The facilitator has the authority to interject if feedback becomes too long

Proposed by SOTP participants
Modified & Approved by SOTP staff

winded, off track, inappropriate, or disrespectful.

5.  Members cannot be compelled to provide feedback.

## Motivational Rituals

1.  Motivational rituals must be approved by staff in advance.

## Round-robin meetings

1.  Once per month, the Issues portion of the Community meeting will consist of a round robin.

2.  Topics for round-robin meetings will be approved and/or selected by staff in advance.

3.  The facilitator provides the first comment and then selects the next person to comment, who does the same.

4.  No one can refuse to participate.

## Chip Talks

1.  At every community meeting, participants pick the name of another participant out of a "hat," and are expected to have a "chip talk" with that person during the course of the upcoming week (prior to the next community Meeting).

2.  "Chip talks" should be meaningful conversations, during which the participants strive to get to know each other better. Therefore, "chip talks" require self-disclosure.

3.  "Chip talks" are an important component of the therapeutic milieu, and are not optional.

Proposed by SOTP participants
Modified & Approved by SOTP staff

# SOTP-R COMMUNITY MEETING RULES

### General

1.  No meeting can start without staff present.

2.  Be on time.

3.  Unless you will be arriving from a work assignment directly to the meeting, bring your chair into the meeting room no sooner than 15 minutes before the start of the meeting.

4.  Fill in the front row first (if applicable).

5.  Give full name before speaking.

6.  No side conversations during the meeting.

7.  No comments unless one has the floor.

8.  No profanity. No inappropriate gestures.

9.  Only beverages and hard candy are permitted - no food (unwrap candy quietly).

10. Pay attention; keep your eyes open and visually "track" the discussion (look at whomever is speaking).

11. Use "I" statements, not "you" or "we."

12. Any member can call a "time out" for clarification if some essential piece of information is missing, via the facilitator.

13. Issues (or challenges) may be tabled to the next meeting if there is insufficient time. If so, the basic issue is repeated at that meeting to refresh everyone's memory.

14. Any members bringing an issue to the alternate community (i.e., to the PM meeting if they are an AM participant) will be given priority in the issue discussions.

Proposed by SOTP participants
Modified & Approved by SOTP staff

## INMATE'S ACKNOWLEDGMENT OF REVIEW OF SOTP-R HANDBOOK

I acknowledge that I have read the SOTP-R Handbook, and was given an opportunity to ask questions about my participation in this program. I acknowledge that I understand my responsibilities as a SOTP-R participant, and commit to abide by the rules and procedures of the SOTP-R.

_____         _____     _____

Inmate's name/Signature         Registration Number         Date

Proposed by SOTP participants
Modified & Approved by SOTP staff