UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                **NOTICE OF WITHDRAWL**

   - against -                           Cr. No. 09-CR-155 (JBW)

C.R.,
      Defendant.

- - - - - - - - - - - - - - - - -X

    Comes Now, Chantel L. Febus, Trial Attorney, Criminal Division, United States Department of Justice (the Department), and hereby gives notice of her withdrawal as counsel for the United States of America in the above referenced matter.

Dated:    Brooklyn, New York
          June 8, 2012

                                      Respectfully submitted,

                                      Loretta E. Lynch
                                      United States Attorney
                                      Eastern District of New York

                           By:  /s/ Chantel L. Febus
                                CHANTEL L. FEBUS
                                Trial Attorney
                                Child Exploitation and
                                Obscenity Section
                                Criminal Division, U.S.
                                Department of Justice
                                1400 New York Ave. N.W.
                                Suite 6400
                                Washington, DC  20530
                                (w) 202-514-6715
                                (f) 202-514-1793
                                Chantel.Febus@usdoj.gov
                                DC Bar No. 976287