# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 27, 2013

<u>by ECF and Hand Delivery</u>
The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>**United States of America vs. C.R.**</u>, 09-CR-155 (JBW)

Your Honor:

      I am out of state until January 2, 2014. However, today I received a communication from Corey Reingold's father, indicating that his son has been designated to FCI Seagoville, Texas. This designation seems unusual and is contrary to Your Honor's recommendation that Mr. Reingold serve the remainder of sentence at FMC Devons in the SOTP. The Texas designation imposes a hardship on the family and raises concerns regarding safety and rehabilitation.

      Therefore, I am respectfully requesting that Your Honor adjourn the January 3, 2014, surrender date so that, upon my return in January, I may attempt to remedy the situation.

                                    Respectfully Submitted,

                                      Michael P. Padden /kl

                                      MICHAEL P. PADDEN, ESQ.
                                      (718) 330-1240

cc:    AUSA Saritha Komatireddy